AO 91 (Rev. 5/85)  Criminal Complaint

# United States District Court

DISTRICT OF

MASSACHUSETTS

UNITED STATES OF AMERICA
V.

## CRIMINAL COMPLAINT

MICHAEL CROOKER
Apt. 29, 1162 Springfield St.
Feeding Hills, MA 01030
(Name and Address of Defendant)

CASE NUMBER: 04-657-MAP

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___June 14, 2004___ in ___Hampden___ county, in the ___ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

transport a firearm in interstate commerce as a convicted felon

in violation of Title ___18___ United States Code, Section(s) ___921 and 922(c)___

I further state that I am a(n) ___Special Agent of the ATF___ and that this complaint is based on the following
                                  Official Title
facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:   [x] Yes    [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___June 23, 2004___                        at   ___Springfield, MA___
Date                                                City and State

Michael A. Ponsor, U.S.D.J.                 _____
Name & Title of Judicial Officer            Signature of Judicial Officer

## **AFFIDAVIT**

I Patrick Burns, being duly sworn, state as follows:

1.    I am employed as a Special Agent with the Bureau of
Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been
so employed since April, 2000.  During the course of my law
enforcement career, I have investigated over fifteen cases
involving felons possessing firearms illegally.  I have also
attended ATF training courses pertaining to firearms violations,
including thirteen weeks of training at the Federal Law
Enforcement Training Center.  I am currently assigned to ATF's
Springfield, Massachusetts, office.  As a Special Agent, I am
responsible for investigations involving illegal activity related
to firearms, including the interstate distribution of firearms by
convicted felons.

2.    I am making this affidavit in support of a complaint
charging Michael Crooker with unlawful transportation of a
firearm in interstate commerce by a convicted felon, in violation
of Title 18, United States Code, Sections 921(a)(3)(C) and
922(g).

3.    On June 14, 2004, the Court issued a search warrant for
the contents of a parcel post package, insured parcel no. VE 169
385 056 US, addressed to Mike Paulus, 1145 Shimp Dr., Celina, OH
45822; with a return address to M. Crooker, Apt. 29, 1162
Springfield St., Feeding Hills, MA 01030 ("Parcel Warrant").

4.    On June 14, 2004, the search warrant was executed.
Found inside were an air rifle and what appears to be a homemade
silencer.  Copies of photographs of the homemade silencer are

attached hereto as Exhibits A, B and C.  It appears that the
silencer could be used to muffle the sound of both an air rifle,
which is not itself a firearm, as well as an actual firearm.
Firearm silencers are "firearms" as defined in 18 U.S.C. §
921(a)(3)(C).

5.    After viewing a photographic lineup of 8 individuals,
two postal employees identified Michael Crooker as the person who
sent the parcel in question.

6.    I have reviewed Michael Crooker's criminal record and
determined that he is a convicted felon.  As a result, it appears
that Crooker, as a convicted felon, used the United States mail
to transport a firearm in interstate commerce in violation of 18
U.S.C. § 922(g).


Patrick Burns
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
    Explosives


Sworn to before me and subscribed in
my presence this 23rd day of June, 2004.

Michael A. Ponsor
United States District Judge

2