UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 04-30034-MAP |
| ) | |
| ) | <u>VIOLATIONS:</u> |
| ) | |
| v. ) | 18 U.S.C. §§ 922(g) |
| ) | Transportation of |
| ) | a Firearm in Interstate |
| ) | Commerce by a Felon (Count 1) |
| MICHAEL CROOKER, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:   Title 18, United States Code, Sections 922(g) - Transportation of a Firearm in Interstate Commerce by a Convicted Felon

1. On or about and between June 8, 2004, and June 23, 2004, in Feeding Hills, Massachusetts, and elsewhere,

MICHAEL CROOKER,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did cause a firearm to travel in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL

[signature]
FOREPERSON OF THE GRAND JURY

[signature]
Kevin O'Regan
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on July 13, 2004 at 2:25 pm

[signature]
DEPUTY CLERK OF THE COURT

2