Michael Crocker
C3631-158
Wyatt Detention INS Facility
950 High St.
Central Falls, RI 02863
July 22, 2004

Magistrate Nieman
U.S. District Court
1550 Main St.
Springfield, MA 01103

Your Honor:

How long are you going to let these injustices go on regarding this ridiculous air-rifle case?

(1) You specifically ordered me into Ludlow due to their Addiction Medical Protocol. Yet here I am out-of-state at a for-profit INS Facility 100 miles from my attorney who I cannot see or call. The reasons I filed grievances at Ludlow which is my U.S. Const. Amend. I right so to do without being retaliated against for. Please order my return to Ludlow forthwith. You can use the ALL WRITS ACT!

-2-

(2) I have yet to have a full <u>detention hearing</u> despite my repeated requests for this right. You have held me for a whole month now. I am entitled to this full hearing and also to appeal to Judge Ponsor if I don't like the result. Once again, I request my rights.

(3) The prosecutor lied to you at one hearing by saying I "had no family ties" in this area and hence was a risk of flight. I wrote him and demanded that he correct that and inform you. He refused to. Also in the same breath of claiming I have no such ties, he orchestrated fruitless SWAT-type raids of family members in Westfield and Southwick. I in fact have family all over this area going back 52 years.

(4) The prosecutor lied and misled you about me not having a job too. He told you I was unemployed. But what he purposely omitted was that I was a full time National Bus Driver at the airport from Feb. 2001 to Oct. 23, 2003

-3-

having then lost my job due to discrimination over Hepatitis-C. My case for back-pay and reinstatement is currently before the Connecticut Commission on Discrimination. Again, I wrote the prosecutor demanding he correct this with you and he refused.

And you fault me for my courtroom outbursts and speaking out of turn?

And what of Pretrial Services — why a month in detention and no Interview? I have rights, you know. I served Jury Duty in Hampden Superior Court in March, 2004. I am not on parole, probation, supervised release, conditions, bail, or anything else. I am a citizen. So please recognize that fact and bring me back to Massachusetts for those statutory and constitutional rights.

Sincerely yours,
Michael Crooker
Defendant in
Mincer case
for 4n Rifle