Michael Crooker
05631-158
Wyatt Detention Ctr.
950 High St.
Central Falls, RI 02863
Aug. 04, 2004

FILED
CLERKS OFFICE
2004 AUG -9 P 1:48
U.S. DISTRICT COURT
DISTRICT OF MASS

Chief U.S. District Judge
U.S. District Court
1 Courthouse Way
Boston, MA. 02210

Re: Crim. No. 04-30034-MAP

Your Honor:

I must ask that you look into the affairs of our Springfield Division.

I have been held in custody without a Pretrial Services Interview or a Detention Hearing since June 25, 2004 on a novel, first-in-the-nation, Air-Rifle Silencer Charge that they are bringing as a test-case, as no real firearms are involved.

I am a citizen! I served Jury Duty in Hampden Superior Court in March, 2004! I am not on parole, probation, supervised release, bail, or conditions on any other case. Why then, can I not get a Pretrial Services Interview and a Full (not "provisional") Detention Hearing before Magistrate

Neman, which would be appealable to Judge Ponsor? I have written 60+ judges requesting exactly this to no avail. I also wrote my appointed lawyer.

Thus I have now moved up the chain of command and hope you will at least send your clerks demanding answers.

My next recourse I presume would have to be a Section 2241 Petition for Habeas Corpus here in Rhode Island, seeking release from unlawful restraint. I was kidnapped from the Ludlow, Mass. jail where I had been held, by Wyatt Detention privatized security guards, due to Ludlow's complaint of my filings for Redress of Grievance on the jail's standard grievance forms regarding matters related to internal postage/legal mail procedures.

Resisting these privatized Wyatt security guards has only caused me injury and torture.

Respectfully yours,
Michael Alan Crooker