UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) No. 04-656-MAP
)
MICHAEL CROOKER )

### DEFENDANT'S MOTION TO RE-OPEN DETENTION HEARING

Now comes the defendant, by and through counsel, and moves this Honorable Court for an order reopening the defendant's detention hearing and asserts as his basis, therefore, the order of detention issued in this case was done without prejudice.

WHEREFORE, the defendant requests the issue of his pretrial detention be reopened.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

### CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Kevin O'Regan, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 17th day of August, 2004.

_____
Vincent A. Bongiorni