Michael Crocker
03651-158
Wyatt INS Det. Facility
950 High St.
Central Falls, RI 08653
July 22, 2004

Hon. Michael Ponsor
U.S. District Judge
1550 Main St
Springfield, MA 01103

Re: Air-Rifle "Silencer" Case

Your Honor:

I must protest to you the abhorrent treatment received by me from your court in this case. I have been in custody a FULL MONTH yet have not had a detention hearing nor a pretrial services interview.

Bear in mind, I AM A CITIZEN! I served Jury Duty in March, 2004 in Superior Court and was assigned to Panel 7. I am not on parole, not on probation, not on supervised release, not on bail, not on "conditions", not on nothing. Where are my rights?

-2-

Am I to be held indefinitely in some "provisional detention" just because I got a long lawsuit history, or because I have an ancient prior criminal history (that didn't help me escape jury duty)?

On top of all this, Magistrate Neiman makes specific arrangements with Ludlow's Nursing staff to use their Inmate Addict Detoxification Protocol on me and now look what happens — because I filed a grievance at Ludlow as to (a) limiting my purchase of postage stamps for legal mailings and (b) to mass-punishment inflicted on our whole cell block due to a stupid food-fight involving only 15 out of 102 residents, I find myself out-of-state, 90 miles away from my lawyer who I can neither see nor call. This is called a conspiracy under US Const (Amend.1) to retaliate against the petition for redress of grievance and your DUSM's, those sheriff officials, and the Wyatt people, are all roped in who not little know.

I ask that your court, all of it, show us your court is out of control. (1) Return me to Ludlow immediately under its Ad Writs [?], (2) Make Neiman afford me a full detention hearing, subject to being

appealed to you, and (2) Require Pretrial Services to do their job so we can move forward.

Respectfully yours,
Michael Crooker,
Defendant in
Pro Se the above case