


UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
FEDERAL BUILDING AND COURTHOUSE
1550 MAIN ST.
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0015
FAX: 413-785-0204

Tony Anastas
Clerk

August 18, 2004

John C. Stuckenbruck
Division Manager

Vincent A. Bongiorni
95 State Street
Springfield, MA    01103

Re: <u>USA v. Crooker, 04-CR-30034-MAP</u>

Dear Attorney Bongiorni:

   Judge Ponsor has asked me to forward to you two letters he has recently received from your client, Michael Crooker. We understand that you and Mr. Crooker will be appearing before Magistrate Judge Neiman on Tuesday, August 24, 2004.

   Please instruct Mr. Crooker to handle any further communications with the court through you. The court will not respond to any further communications directly from Mr. Crooker.

                                       Sincerely,

                                       Elizabeth A. French
                                       Deputy Clerk

cc: Michael Crooker
    AUSA Kevin O'Regan
✓bcc: Kenneth P. Neiman, USMJ

Michael Crollen
05631-158
Wyatt Detention Ctr.
950 High St.
Central Falls, RI 02863
Aug. 04, 2004

FILED
CLERKS OFFICE
2004 AUG -9 P 1:48
U.S. DISTRICT COURT
DISTRICT OF MASS

Chief U.S. District Judge
U.S. District Court
1 Courthouse Way
Boston, MA. 02210

DOCKETED

Re: CRIM. NO. 04-30034-MAP

Your Honor:

I must ask that you look into the affairs of our Springfield Division.

I have been held in custody without a Pretrial Services Interview or a Detention Hearing since June 25, 2004 on a novel, first-in-the-Nation, Air-Rifle Silencer charge that they are bringing as a Test-Case, as no real firearms are involved.

I am a citizen! I served Jury Duty in Hampden Superior Court in March, 2004! I am not on parole, probation, supervised release, bail, or conditions on any other case. Why then, can I not get a Pretrial Services Interview and a full (not "provisional") Detention Hearing before Magistrate

(13)

Nieman, which would be appealable to Judge Ponsor? I have written both judges requesting exactly this to no avail. I also wrote my appointed lawyer.

Thus I have now moved up the chain of command and hope you will at least send your clerks demanding answers.

My next recourse I presume would have to be a Section 2241 Petition for Habeas Corpus here in Rhode Island, seeking release from unlawful restraint. I was kidnapped from the Ludlow, Mass. jail where I had been held, by Wyatt Detention privatized security guards, due to Ludlow's complaint of my filing for Redress of Grievance on the jail's standard grievance forms regarding matters related to internal postage/Legal mail procedures.

Resisting these privatized Wyatt security guards has only caused me injury and torture.

Respectfully yours,
Michael Alan Crooker

Michael Crooker
03631-158
Wyatt INS Det. Facility
950 High St.
Central Falls, RI 02863
July 22, 2004

Hon. Michael Ponsor
U.S. District Judge
1550 Main St
Springfield, MA 01103

Re: Air-Rifle "Silencer" Case

Your Honor:

I must protest to you the abhorrent treatment received by me from your court in this case. I have been in custody a FULL MONTH yet have not had a detention hearing nor a Pretrial Services interview.

Bear in mind, <u>I AM A CITIZEN</u>! I served <u>Jury Duty</u> in March, 2004 in Superior Court and was assigned to Panel 7. I am not on parole, not on probation, not on supervised release, not on bail, not on "conditions", not on nothing. Where are my rights?

Am I to be held indefinitely in some "provisional detention" just because I got a long lawsuit history, or because I have an ancient prior criminal history (that didn't help me escape jury duty)?

On top of all this, Magistrate Neiman makes specific arrangements with Ludlow's Nursing Staff to use their Drug Addict Stupefaction Protocol on me and now look what happens --- because I file a grievance at Ludlow as to (a) limiting my purchase of postage stamps for legal mailings and (b) the mass-punishment inflicted on our whole cell block due to a strut-gang fight involving only 15 out of 102 residents, I find myself out-of-state, 100 miles away from my lawyer who I can neither see nor call. This is called a conspiracy under U.S. Const. Amend 1 to retaliate against the petition for redress of grievance and your DUSM's, those Sheriff officials, and the Wyatt people, are all roped in who are in the know.

I ask that you rectify all of the above as your court is out of control. (1) Return me to Ludlow immediately under the All Writs Act, (2) Make Neiman afford me a full detention hearing subject to being

appealed to you, and (3) Require Pretrial Services to do their job so we can move forward.

Respectfully yours,
Michael Crooker,
Defendant in
Air-Rifle Case