UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
vs.                        )  No. 04-656-MAP
                           )
MICHAEL CROOKER            )

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant in the above entitled matter and moves this Honorable Court to continue the status conference presently scheduled for October 21, 2004 to another date convenient to all parties.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 21st day of October, 2004.

_____
Vincent A. Bongiorni