UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL A. CROOKER, )<br>       Defendant ) | Criminal No. 04-30034-MAP |

INTERIM SCHEDULING ORDER
November 2, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day.

1. Defendant shall file his motion to dismiss by November 17, 2004, to which the Government shall respond by December 2, 2004.

2. The Government shall, by December 2, 2004, provide its expert disclosures, and Defendant shall provide his reciprocal disclosures by January 14, 2005.

3. A final status conference will be held on January 20, 2005, at 2:30 p.m. in Courtroom III.

4. On or before the close of business, January 18, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                        /s/   Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge