UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
'S OFFICE

2004 DEC -3  P 5: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                      )<br>)<br>)<br>MICHAEL CROOKER,         )<br>)<br>Defendant.           ) | Criminal No. 04-30034-MAP |

THE GOVERNMENT'S MOTION TO EXTEND TIME FOR
FILING ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
<u>AND DESIGNATION OF GOVERNMENT EXPERTS FOR TWO WEEKS</u>

The United States of America, by Michael J. Sullivan, United
States Attorney for the District of Massachusetts, respectfully
requests an additional two weeks, to submit its response to the
defendant's motion to dismiss and designation of experts.  In
support of its motion the government states the following:

1.  The government's response to the defendant's motion to
dismiss and designation of experts was due on December 2, 2004.

2.  The Assistant U.S. Attorney who is providing the
government's response has been unable to complete the
government's response by December 2, 2004, due to the number of
unexpected absences from the office, including, among other
things, her present absence due to a family emergency that
requires her to be out of state until at least December 12, 2004.

Wherefore, the government respectfully requests that it be
permitted to submit its response to Defendant's motion to dismiss

and provide its expert disclosures on December 16, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     _Kevin O'Regan_____

Kevin O'Regan
Assistant U.S. Attorney

Dated: December 3, 2004

CERTIFICATE OF SERVICE

Hampden, ss.                     Springfield, Massachusetts
                                 December 3, 2004

I, Kevin O'Regan, Assistant U.S. Attorney, do hereby certify
that I have served a copy of the foregoing by mail on Vincent
Bongiorni, Esq., 95 State Street, Springfield, MA 01103.

_Kevin O'Reg,_____

Kevin O'Regan
Assistant U.S. Attorney