UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
          v.             )     Criminal No. 04-30034-MAP
                         )
MICHAEL CROOKER,         )
          Defendant.     )

Government's Motion to Extend for
One Week Its Time to Respond to Defendant's
Motion to Dismiss and to Designate its Experts

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to respond to the defendant's motion to dismiss and to designate its experts for one week, until December 23, 2004.

In support of this motion, the government states that the attorney for the government responsible for these tasks was recently changed. The government was unable to prepare its response to the motion to dismiss and to designate its experts by the date previously established by the Court, December 16, 2004. Delaying the government's response by one will not effect oral argument on the motion, which is not yet scheduled.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

          by: _____
                    Kevin O'Regan
                    Assistant U.S. Attorney

          Date: December 19, 2004

<u>Certificate of Service</u>

December 19, 2004

I certify that I on December 20, 2004, I will cause the foregoing document to be mailed to counsel for the defendant, Vincent Bongiorni, Esq.

_____
Kevin O'Regan
Assistant United States Attorney