```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
         v.              )    Criminal No. 04-30034-MAP
                         )
MICHAEL CROOKER,         )
         Defendant.      )
```

Government's Motion to Extend for One Business Day
<u>Its Time to Respond to Defendant's Motion to Dismiss</u>

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to respond to the defendant's motion to dismiss for one business day, until December 27, 2004.

In support of this motion, the government states that the attorney for the government responsible for this memorandum was unable to prepare it by the date previously established by the Court, December 23, 2004. Delaying the government's response by one business day, to December 27, 2004, will not effect oral argument on the motion, which is not yet scheduled.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                by:   <u>/s/ Kevin O'Regan</u>
                       Kevin O'Regan
                       Assistant U.S. Attorney

              Date: December 26, 2004

<u>Certificate of Service</u>

December 26, 2004

    I certify that on December 26, 2004, I caused the foregoing document to be mailed to counsel for the defendant, Vincent Bongiorni, Esq, 95 State Street, Springfield, MA 01103.

                              <u>/s/ Kevin O'Regan</u>
                              Kevin O'Regan
                              Assistant U.S. Attorney