AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL CROOKER

**NOTICE**

CASE NUMBER: 04-30034-MAP

TYPE OF CASE:

☐ CIVIL   :   **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

: **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | January 20 2005, at 2:30 p.m. | January 25, 2005, at 2:00 p.m. |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 3, 2005
DATE

/s/ Bethaney A. Healy
(BY) DEPUTY CLERK

TO:   All counsel of record