UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30034-MAP |
| | ) | |
| MICHAEL CROOKER, | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
January 25, 2005

NEIMAN, U.S.M.J.

The court held to a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A trial, which the parties estimate will take five days, should be anticipated if Defendant's outstanding motion to dismiss is unsuccessful. An initial pretrial conference has been scheduled for February 23, 2005 at 2:00 p.m. in Courtroom I.

2. Defendant may file a motion to suppress if his motion to dismiss is denied.

3. All discovery has been completed.

4. The parties report and the court finds that, to date, no time has run on the Speedy Trial clock. An Order of Excludable Delay will issue.

5. There are no other matters relevant to the progress or resolution of the case.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN

U.S. Magistrate Judge