UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 04-30034-MAP |
| ) | |
| MICHAEL CROOKER, ) | |
| Defendant ) | |

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from <u>January 20, 2004</u>, through <u>February 23, 2005</u>, for the reasons checked below.

<u>January 25, 2005</u>                                                     <u>/s/    Kenneth P. Neiman</u>
Date                                                                                U.S. Magistrate Judge

REFER TO DOCUMENT <u>Court's Finding in open court and agreement of the parties</u>

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [X] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |