# UNITED STATES DISTRICT COURT

DISTRICT OF            MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    **APPEARANCE**

MICHAEL ALAN CROOKER

Case Number:   04-30034-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     the United States

I certify that I am admitted to practice in this court.

February 17, 2005
Date                                          Signature

 /s/ Jeffrey Auerhahn
Print Name                                    Bar Number

Jeffrey Auerhahn
Address

1 Courthouse Way             Suite 9200
City                State              Zip Code

Boston, MA 02210
Phone Number                                  Fax Number

617-748-3187         617-748-3664