UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
       v. ) CR NO. 04-30034-MAP
)
MICHAEL CROOKER )

SCHEDULING ORDER

February 24, 2005

PONSOR, D.J.

Counsel for both parties appeared before this court for a status conference on February 23, 2005. At that time, counsel for the defendant informed the court that he wished to file a motion to reconsider denial of the defendant's Motion to Dismiss and also to file a Motion to Suppress. Counsel for the government indicated it was possible that a superceding indictment would be returned in this case within sixty days. Based on counsel's representations, the court orders as follows:

    1. Defendant's motion to reconsider the denial of his motion to dismiss will be filed no later than March 25, 2005.

    2. Defendant's Motion to Suppress will be filed no later than April 15, 2005.

3. The government will file its opposition to both defense motions by May 6, 2005.

4. The government will forthwith file a motion to exclude from the speedy trial clock all days up to March 25, 2005. Good cause exists on the record to exclude this period to give defense counsel the time to prepare the motion and because the interests of justice outweigh the usual interest in a speedy trial.

5. At the court's direction, the clerk will respond to the letter of the defendant dated February 14, 2005. A copy of the clerk's response, as well as the defendant's letter, will be distributed to counsel.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge