**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** | |
| V. | **CASE NO.  04-30034  MAP** |
| **MICHAEL CROOKER** | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE on 5/18/05 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

|  |  |
|---|---|
|  | **SARAH THORNTON** |
|  | **CLERK OF COURT** |
| 5/9/05 |  |
|  | By: /s/ Elizabeth A. French |
| Date | Deputy Clerk |

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                      [kntchrgcnf.]
                                                                                        [ntchrgcnf.]