UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
                          )
          v.              )    Criminal No. 04-30034-MAP
                          )
                          )
MICHAEL CROOKER,          )
          Defendant.      )
```

Government's Motion for an Order of Excludable Delay

(Assented To)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court enter an order of excludable delay in this case from May 16, 2005, to August 23, 2005.

In support of this motion the government states:

1. On May 16, 2005, the Court ruled on the government's last motion for an order of excludable delay.

2. On May 18, 2005, the Court held a status conference at which time Mr. Crooker's attorney sought permission to file a motion to suppress. The Court ordered that Mr. Crooker file his suppression motion on June 27, 2005, and that a hearing on the motion be held on August 23, 2005.

3. Since the time from May 16, 2005, until August 23, 2005, will have passed as a result of Mr. Crooker's request to file a suppression motion, the parties agree that the Court should exclude that time from the Speedy Trial Act clock as in the best interests of the parties, the Court and the public and therefore, in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

4.  This speedy trial exclusion is important so that defense counsel will have sufficient time to prepare the motion and be present for the motion hearing.  Given the complexity and unique nature of the case, it is important the Mr. Crooker be able have continuity of his counsel.

5.  Mr. Crooker's counsel, Vincent Bongiorni, Esq., has assented to this motion.

>                  Respectfully submitted,
>                  MICHAEL J. SULLIVAN
>                  United States Attorney
>
>         by:  /s/ Kevin O'Regan
>                  Kevin O'Regan
>                  Assistant U.S. Attorney

Date: May 20, 2005

### Certificate of Service

May 20, 2005

I certify that I caused the foregoing document to be mailed to counsel for the defendant, Vincent Bongiorni, Esq., 95 State Street, Springfield, MA 01103.

>                  /s/ Kevin O'Regan
>                  Kevin O'Regan
>                  Assistant U.S. Attorney