



EXHIBIT

2



ß



C



## Attachment - Items to be Seized

1.  All physical evidence relating to the sending of parcels in the mail, including wrapping paper, tape and return address labels.

2.  All physical evidence relating to the delivery of insured parcel no. VE 169 385 056 US, addressed to Mike Paulus, 1145 Shimp Dr., Celina, OH 45822.

3.  All physical evidence relating to the offering of firearms and hazardous materials for sale or delivery.

4.  All evidence of the manufacture of firearms, including silencers and component parts.

5.  All computers which could hold electronic evidence relating to the offering of firearms and hazardous materials for sale or delivery and/or the manufacture of firearms, including silencers and component parts.

E

2



RECYCLED PAPER MADE FROM 20% POST CONSUMER CONTENT

AVERY™

# UNITED STATES DISTRICT COURT

MASSACHUSETTS
———————————————————— DISTRICT OF ————————————————————

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

The Residence of Michael Crooker
Apt. 29, 1162 Springfield Street
Feeding Hills, MA 01030

## SEARCH WARRANT

CASE NUMBER: 04-656-MAP

TO: _____Special Agent Patrick Burns - ATF_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___ATF Special Agent Patrick Burns___ who has reason to

Affiant

believe that [ ] on the person of or [X] on the premises known as (name, description and/or location)

The Residence of Michael Crooker
Apt. 29, 1162 Springfield Street
Feeding Hills, MA 01030

in the _____ District of ___Massachusetts_____ there is now

concealed a certain person or property, namely (describe the person or property)

See attached list of items to be seized, which are evidence of the interstate transportation
of a firearm by a convicted felon in violation of 18 U.S.C., Sections 921 and 922(g).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property
so described is now concealed on the person or premises above-described and establish grounds for the issuance of this
warrant.

YOU ARE HEREBY COMMANDED to search on or before ___June 25, 2004_____

Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause
has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and
receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly
return this warrant to ___Michael A. Ponsor, U.S.D.J.___

as required by law.                                      U.S. Judge or Magistrate Judge

June 23, 2004 at  8:20 a.m.           at    Springfield, MA
Date and Time Issued                        City and State

Michael A. Ponsor, U.S.D.J.           _Michael A. Ponsor_ (signature)

Name and Title of Judicial Officer          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED<br>6-23-04 | DATE AND TIME WARRANT EXECUTED<br>6-23-04   12:00ᵗ | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>AT LOCATION |

INVENTORY MADE IN THE PRESENCE OF

S/A MURRAY

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SUSPECT EXPLOSIVE POWDER (4 BOTTLES)

CLEAR TAPE

PYROTEK CATALOG

LAPTOP COMPUTER

LETTER TO JESS HEWITT

USPS RECIPT FOR ARTICLES DAMAGED

BOWLS AND CARDBOARD TUBES V/WICKS AND RESIDUE

SONY CAMERA (VIDEO) WITH CASE, MANUAL + ASSORTED TAPES

VARIOUS VIDEO TAPES, CD'S AND DVD'S

SCALE

COLLECTION OF PAPERS

HOBBY FUSE (PRE CUT)

PAPERWORK RE: LEGAL GUNS FOR PROHIBITED PERSONS

TUBES WITH FUSE ATTACHED

REMLE BOWLS AND SIFTER W/ RESIDUE

MAILING LABELS, MISC PAPERS, ADDRESS BOOK AND RETURN LABELS

BANK, CELL PHONE, ELECTRIC M MISC BILLS

CD'S

MAILING RECIEPTS

NOTES

SEE ATTACHED LIST FOR ADDITIONAL ITEMS

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.



Subscribed, sworn to, and returned before me this date.

Michael A. Ponem    7-22-04

U.S. Judge or Magistrate Judge    Date

## Attachment - Items to be Seized

1.  All physical evidence relating to the sending of parcels in the mail, including wrapping paper, tape and return address labels.

2.  All physical evidence relating to the delivery of insured parcel no. VE 169 385 056 US, addressed to Mike Paulus, 1145 Shimp Dr., Celina, OH 45822.

3.  All physical evidence relating to the offering of firearms and hazardous materials for sale or delivery.

4.  All evidence of the manufacture of firearms, including silencers and component parts.

5.  All computers which could hold electronic evidence relating to the offering of firearms and hazardous materials for sale or delivery and/or the manufacture of firearms, including silencers and component parts.

**EVIDENCE**

LOCATION: 1162 Springfield St, Agawam, MA
DATE: 6/3/04
CASE IDENTIFIER: _____
PREPARER/ASSISTANTS: Robert C. Lewis

| ITEM # | DESCRIPTION | WHERE FOUND |
|---|---|---|
| 15b | 1000 ml Kimax beaker | |
| 15A | Large round glass beaker | |
| 15j | Rubber gloves | |
| 15i | 125 ml beaker | |
| 15a | Tongs | |
| 13 | Coffee filters | |
| 14 | 4 bottles of liquid "HCl" | |
| 15K | plastic tubing liquid "Methanol" | |
| 15g | 200 ml beaker | |
| 15f | 125 ml beaker | |
| 15e | 100 ml beaker | |
| 15d | plastic bottle w/clear liquid | |
| 14 | amion papers | |
| 5 | glass pyrex beaker | |
| 10 | torn plastic tube w/white powder | |
| 9 | glass pyrex beaker bottle | |
| 8 | torn plastic bottle | |
| 7 | apple wire container w/clear liquid | |
| 6 | glass jar w/clear liquid | |
| 15m | container of acetone | |
| 17 | container of acetone | |
| 16 | container of acetone | |
| 18 | digital photos 15 hrs | |
| 19 | digital photos 304 hrs | |
| | baggie with castic beans | |

**EVIDENCE**

LOCATION: 1162 Springfield St, Agawam, MA
DATE: 6/3/04
CASE IDENTIFIER: _____
PREPARER/ASSISTANTS: Lewis, Robert C.

| ITEM # | DESCRIPTION | WHERE FOUND |
|---|---|---|
| 1D | St Joseph's Aspirin bottle Box | Box |
| 1C | "KNO3" Box | Box |
| 1G | pill bottle "KCN" | Box |
| 1F | vile w/gray/silver liquid | Box |
| 1E | Ziplock bag container powder | Box |
| 1K | vile w/white powder "ANCH" | Box |
| 1J | rod + black pills | Box |
| 1H | vile container white powder | Box |
| 1B | pill bottle - label removed | Box |
| 1C | bottle "KMNO3" | Box |
| 1N | glass container w/castic beans | Box |
| | and white container | Box |
| 10 | plastic bag white powder | Box |
| 1P | amber vile | Box |
| 1Q | labels "Chlorodine" | Box |
| 1 | vile w/white powder "HCl" | Box |
| 1 | vile w/white powder "NaCN" | Box |
| 1 | bottle w/clear liquid "GL" | Box |
| 1A | glass container powder | Box |
| 1G | glass container w/castic beans | Box |
| 1A | glass jar w/brown liquid | Box |
| 15b | blue plastic container | Box |
| 15d | beaker w/brown liquid | Box |
| 15a | 250 ml pyrex with rubber stoppers | Box |

AO 106 (Rev. 7/87) Affidavit for Search Warrant

# United States District Court

### MASSACHUSETTS
### _____ DISTRICT OF _____

In the Matter of the Search of

(Name, address or brief description of person, property or premises to be searched)

The Residence of Michael Crooker
Apt. 29, 1162 Springfield Street
Feeding Hills, MA 01030

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:    04-6056-MAP

I _____ Patrick Burns _____ being duly sworn depose and say:

I am a(n) Special Agent of the Bureau of Alcohol, Tobacco, Firearms and ~~Explosives~~ and have reason to believe

Official Title

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

The Residence of Michael Crooker
Apt. 29, 1162 Springfield Street
Feeding Hills, MA 01030

in the _____ District of __MASSACHUSETTS__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

See attached affidavit and items to be seized

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence of the interstate transportation of a firearm by a convicted felon

concerning a violation of Title ____18____ United States code, Section(s) __921 & 922(g)__

The facts to support a finding of Probable Cause are as follows:

See attached affidavit

Continued on the attached sheet and made a part hereof.    ☒ Yes    ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

June 23, 2004                    at    Springfield, MA
_____              _____
Date                                      City and State

Michael A. Ponsor, U.S.D.J.              _____
_____              Signature of Judicial Officer
Name and Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I Patrick Burns, being duly sworn, state as follows:

1.  I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since April, 2000.  During the course of my law enforcement career, I have investigated over fifteen cases involving felons possessing firearms illegally.  I have also attended ATF training courses pertaining to firearms violations, including thirteen weeks of training at the Federal Law Enforcement Training Center.  I am currently assigned to ATF's Springfield, Massachusetts, office.  As a Special Agent, I am responsible for investigations involving illegal activity related to firearms, including the interstate distribution of firearms by convicted felons.

2.  I am making this affidavit in support of an application for a search warrant to search the residence of Michael Crooker, Apartment 29, 1162 Springfield Street, Feeding Hills, MA 01030 (the "Premises").

3.  Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the Premises contains evidence, fruits or instrumentalities of the offense of unlawful

1

transportation of a firearm in interstate commerce by a convicted felon, in violation of Title 18, United States Code, Sections 921(a)(3)(C) and 922(g).

4. On June 14, 2004, the Court issued a search warrant for the contents of a parcel post package, insured parcel no. VE 169 385 056 US, addressed to Mike Paulus, 1145 Shimp Dr., Celina, OH 45822; with a return address to M. Crooker, Apt. 29, 1162 Springfield St., Feeding Hills, MA 01030 ("Parcel Warrant"). A copy of the Parcel Warrant application and affidavit is attached hereto and made a part hereof as Exhibit A.

5. On June 14, 2004, the search warrant was executed. Found inside were an air rifle and what appears to be a homemade silencer. Copies of photographs of the homemade silencer are attached hereto as Exhibits B, C and D. It appears that the silencer could be used to muffle the sound of both an air rifle, which is not itself a firearm, as well as an actual firearm. Firearm silencers are "firearms" as defined in 18 U.S.C. § 921(a)(3)(C).

6. I have reviewed Michael Crooker's criminal record and determined that he is a convicted felon. As a result, it appears that Crooker, as a convicted felon, used the United States mail to transport a firearm in interstate commerce in violation of 18 U.S.C. § 922(g).

2