Michael Crooker #156919
Essex County Corr. Facility
20 Manning Ave.
Middleton, MA 01949
August 18, 2005

Magistrate Judge Nieman
U.S. District Court
1550 Main St.
Springfield, MA 01103

Dear Magistrate Nieman:

I received my property from MCI-Walpole today and included is the letter from Wyatt Detention Facility regarding my seized legal files. The letter is dated June 07, 2005 and is from Peter R. St. Jean, Associate Warden. It states:

> "In relation to your legal files you mentioned, they are here waiting to be mailed to you. As soon as they can be mailed out, they will be. There is a billing issue that needs to be straightened out on the U.S. Marshal's end that make us unable to forward them at this time. Once that is done, they will be immediately mailed to you."

Again, I request you issue a court order to Wyatt or to the Marshals requiring the immediate return to me of my legal files.

Sincerely yours,
Michael A. Crooker

PS. This is my 29th letter written to various officials on this subject.



**CORNELL**

Cornell Companies, Inc.
People Changing People

June 7, 2005

Michael Crooker A93840
(03631-158)
Walpole State Prison
P. O. Box 100
S. Walpole, MA 02071

Mr. Crooker,

I am in receipt of your letter dated June 3, 2005, in which you address the issue of your funds that are currently frozen for disbursement. As you noted, I had addressed this issue in written communication to you just last week.

In response to your contention that the funds were "...stolen, forged and converted...", I will respectfully disagree with your contention. Your funds continue to remain under your account and will remain so until the matter requiring their "freezing" is properly disposed of. As it relates to your statements attributed to Mr. O'Gara, if in fact they were said, they would be erroneous. Your funds will continue to remain "frozen" as indicated.

In relation to your legal files you mentioned, they are here waiting to be mailed to you. As soon as they can be mailed out, they will be. There is a billing issue that needs to be straightened out on the US Marshal's end that make us unable to forward them at this time. Once that is done, they will be immediately mailed to you.

Yours truly,

Peter R. St. Jean
Associate Warden

Cornell Companies, Inc. • Donald W. Wyatt Detention Facility • 950 High Street • Central Falls, Rhode Island 02863
401-729-1190 • Fax 401-729-8970 • www.cornellcompanies.com

E.C.C.F. LIBRARY