Michael Crooker #156915
Essex County Corr. Facility
20 Manning Ave.
Middleton, MA 01949
August 11, 2005

Magistrate Nieman     04cr30043-MAP
U.S. District Court
1550 Main St.
Springfield, MA 01103

Dear Magistrate Nieman:

On May 20, 2005 at 10 AM I was at the Wyatt Detention Facility in Rhode Island, a private, for-profit, no-oversight jail under contract to the Marshals Service. This was pursuant to your Detention Order.

At that date and time I was approached by a Captain Reis at my segregation cell door. He stated to me that because I had littered the outside of my cell with old junkmail, that I would henceforth not be allowed to receive mail or newspapers at Wyatt, not even court mail or lawyer mail. He further said that if I littered anymore, that he'd take "what you already have" (gesturing to my legal files on my table in the cell). (This incident comes shortly after I had the Providence Sheriff's serve two lawsuits for assault and battery against

Wyatt staff.)

Reis' visit caused a minor altercation and in retaliation, I was forcibly removed from my cell at 11 AM so that the legal files could be confiscated. Detainees Miguel Jusino and Mike Stinson in adjacent cells saw Counselor Supervisor Luze and Major Tapley reading and carrying off the legal files.

These legal files consist of 4" to 6" of paperwork. They contain my Automatic Discovery in this case, criminal research in this case, physical evidence exhibits for this case (documentary), letters seeking expert testimony, the casefiles of the two Wyatt lawsuits, records regarding 66 other civil lawsuits against the media, settlement letters in 10 lawsuits, court forms, legal pads, envelopes, stamps, etc.

I was transferred from Wyatt to Walpole on May 23, 2005 at 6AM and at that time Capt. Farrimond, in charge of getting me ready for transfer, could not find the legal files though he could find all my other property.

I've written many letters, but most significantly, I received a letter at Walpole from Deputy

-3-

Warden St. Jean at Wyatt stating that my legal files were ready to be sent, but would not be, until such time as some unspecified monetary dispute with the Marshals Service was resolved.

I have written no less than the following, trying to recover my illegally seized legal files:

    10 Letters to Dan Spellacy, USMS;
    2 Letters to the Boston USMS Supervisor;
    2 Letters to Wyatt's Warden Salisbury;
    4 Letters to Wyatt lesser officials;
    6 Letters to my Defense Lawyer.

All to no avail. I still do not have my papers.

This is causing serious interference with the defense of my criminal case. It is high time for judicial intervention and I am requesting a court order.

Respectfully yours,
Michael Crooker