```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
       v.                )    Criminal No. 04-30034-MAP
                         )
MICHAEL CROOKER,         )
       Defendant.        )
```

Government's Motion to Extend Time

(Assented To)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to file its memorandum in opposition to Mr. Crooker's motion to suppress until August 22, 2005. Due to other supervisory and substantive work in the U.S. Attorney's Office, including preparing for and prosecuting the trial of United States v. David Margoles, the attorney responsible for preparing the government's memorandum in this case was unable to do so until today.

Mr. Crooker's attorney, Vincent Bongiorni, Esq., assents to this motion.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                   by:   /s/ Kevin O'Regan
                         Kevin O'Regan
                         Assistant U.S. Attorney

                   Date: August 22, 2005
```

<u>Certificate of Service</u>

August 22, 2005

    I certify that on August 22, 2005, I caused the foregoing document to be faxed to counsel for the defendant, Vincent Bongiorni, Esq, 95 State Street, Springfield, MA 01103.

                                    <u>/s/ Kevin O'Regan</u>
                                    Kevin O'Regan
                                    Assistant U.S. Attorney