Michael Crooker #156919
Essex County Corr. Facility
20 Manning Ave.
Middleton, MA 01949
Aug. 12, 2005

Judge Michael A. Ponsor
U.S District Court
1550 Main ST
Springfield, MA 01103

Dear Judge Ponsor:

Two days ago I wrote you about denial of medical treatment and unlawfully lengthened detention in violation of statute law. On this date and in response to a request for medical treatment and threat to bring a lawsuit, a male medical staff member came to my cell and stated: "We do not test for Hepatitis here nor do we treat Hepatitis." I replied, "I will tell my Federal Judge this." He then said, "That will be fine." Please bring me to court without delay to redress these issues. FYI, Hepatitis is a fatal liver disease.

Respectfully yours,
Michael Crooker