UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 04-30034-MAP |
| | ) |
| MICHAEL CROOKER | ) |

ORDER RE: PRETRIAL DETENTION

September 20, 2005

PONSOR, D.J.

Based on the defendant's medical condition, and upon the particular appropriateness of confinement in a federal facility in this case, the court hereby orders the Marshal to transfer the defendant to the federal facility at Ft. Devens for his pretrial confinement.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge