UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
 )
            v. ) CR NO. 04-30034-MAP
 )
MICHAEL CROOKER )

SCHEDULING ORDER

September 21, 2005

PONSOR, D.J.

Counsel appeared before this court for a continuation of the suppression hearing on September 19, 2005. Following conclusion of the evidence for that day, the court discussed a schedule to move this case promptly to trial. Based on counsel's representations, the court orders as follows:

    1. On or before September 26, 2005, the government will disclose all evidence it will rely on at trial, along with associated documents relating to searches and seizures, to put the defendant in a position to file any supplemental suppression motion.

    2. On September 27, 2005 at 2:30 p.m. the court will continue hearing evidence in connection with the defendant's currently pending suppression motion.

    3. On or before October 7, 2005, the defendant will file any supplementary suppression motion prompted by the government's September 26 disclosures.

4. On or before October 17, 2205, the government will file its opposition to any supplementary suppression motion.

5. The court will hear evidence on any supplementary suppression motion on October 25 and 26, 2005 at 10:00 a.m.

6. Trial in this matter will commence on November 7, 2005 at 10:00 a.m. Counsel will appear for a conference that day at 9:00 a.m. prior to the commencement of jury selection at 10:00 a.m.

7. Motions in limine, proposed voir dire questions and proposed jury instructions will be filed no later than October 31, 2005.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge