Michael Crooker #156919
Essex County Corr. Facility
20 Manning Ave.
Middleton, MA 01949
Sept. 21, 2005

Judge Michael Ponsor
U.S. District Court
1550 Main St.
Springfield, MA 01103

Re: <u>USA</u> v <u>Michael Crooker</u> CR-04-30034-MAP

Dear Judge Ponsor:

This concerns a due process matter that needs to be addressed. We subpoenad the Two Postal workers from The Feeding Hills Post Office for the Sept. 19, 2005 Search and Seizure Hearing. They did not comply and sent us a "<u>Tochy Letter</u>" Along with A copy of Regulations clearly not applicable. These Regulations concern U.S. Postal Inspectors, not Postal Clerks. And they are relevant only to private litigation where The USA is not a party. Here the USA is most certainly a party.

Their proposed Testimony is important so I shall detail it:

A) That prior to my mailing of the parcel at issue here, I had not been in to mail any parcels in a few weeks. (My eBay account was suspended the last week of April, 2004 for failure to pay #1,300 in Seller's Fees.) This fact is important to the determination as to whether there was reasonable suspicion for the lengthy parcel seizure that occurred without a warrant.

B) That the parcel mailed on June 7, 2004 which was insured for $400.00 and weighed 17 pounds, 9 ounces was not consistent with the earlier parcel mailings which were not insured and were limited to a pound or two. (See prices and weights of items on List of eBay Articles for Sale — Gov't Exhibit 6.) Again, this goes to reasonable suspicion for the week-long parcel detention.

C) That the USPS's website's Postage Calculator states the delivery time for Parcel Post from Agawam, MA. to Celina, OH is 4 days, not 7-14 days as Harold Stevens wrongly testified. This is very important because if Stevens' testimony were allowed to stand, the Government would likely

- 3 -

make a concluding Argument that I was not dispossessed of my property for at least 7 days, hence the 7 1/2 - day parcel detention without a Search warrant "did not impact my possessory interests."

I Believe I am entitled to compulsory process for these witnesses And I feel that my above Proffer is Sufficient.

Respectfully yours,
Michael Alan Crooker

PS   Please make copies for the Attorneys as I Cannot obtain them.