Michael Crooker #156919
Essex Co. Corr. Fac.
20 Manning Ave.
Middleton, MA 01949
Sept. 26, 2005

Hon. Michael Ponsor
U.S. District Court
1550 Main St.
Springfield, MA 01103

Re: <u>USA v. Michael Crooker</u>   CR-04-30034-MAP

Dear Judge Ponsor:

I have been reflecting upon your question posed on Sept. 19, 2005 and conclude, "This Judge must think I really did have a firearm-silencer and was using an airgun to disguise its shipment." Your question of course was: "Why in the world would anyone need an airgun silencer?" I wish to supplement our answer because you have an innocent man before you, at least innocent of shipping a firearm-silencer.

(1) The airgun, a Korean-made Sam Yang Bigbore 909 44-caliber, comes with a factory pre-threaded muzzle. It is a <u>metric thread</u>. In the USA we make our threading sizes based upon the inch. The airgun sound moderator has a <u>matching metric thread</u>

..or it would not fit the airgun. This is strong evidence that the device was specifically manufactured for that airgun. I know of no domestically made firearms with threaded muzzles such as the Intratec Tec-9, RPB Industries M-10, and Colt AR-15 that use metric threading. I would wager that none exists. (The ATF lab obviously used an <u>adapter</u> to make the .44-cal device fit a .22-cal pistol; they likely have hundreds of adapters to cover any threading from anywhere in the world.)

(2) Airgun sound moderators are made differently than firearm-silencers. The airgun versions have cloth or felt-type insides. The firearms versions have metal insides. This is because in a firearm the projectile is followed by a fireball. Fireballs burn and destroy cloth and felt-type material. As the lab report notes, this device has felt-type insides. It is strong evidence that a device is for an airgun and not for a firearm when that device has felt insides and is found with an airgun to which it mates threadwise.

(3) Gunshot Residue. I owned this device for 3 years before selling it with the airgun to the man in Ohio. In 3 years it never came near a firearm, let alone shot through by one. That is why on the day of the Initial Appearance I demanded of the AUSA

that a Gunshot Residue Test be performed. It has been ATF Policy for at least 30 years to do such a test before they shoot through it with a firearm in sound-level tests. A firearm-silencer will collect gunshot residue like duct tape will collect a fingerprint. They didn't do the test because they know it's an airgun device and wanted to wreck my ability to prove so. This too is strong evidence of a device not intended for a firearm.

(4) The ATF acknowledges in their public question and answer rulings that nowadays Paintball Gun silencers and Airgun Silencers are common. It's on ATF's website.

(5) Dr. Beeman, of Beeman Airguns, has a lengthy article on airgun silencers on Beeman's website.

(6) Some airguns, such as the "Stealth" line of airguns made by the company Air Force, come with integral-silencers. Because they are not readily removeable, the ATF does not harass them.

(7) In Great Britain airgun silencers are widely used. Because firearms are mostly banned

-4-

...in the UK, airgunning is bigger there than it is here.

(8) I saved the 2001 e-mails between myself and the airgunsmith who made the device. I asked if this thing would work on a firearm and was told, "The insides will not take the flash of a firearm, it was built for AIR only."

Respectfully yours,
Michael Crocker

CC: Kevin O'Regan, AUSA
U.S. Attorneys
1550 Main St.
Springfield, MA 01103

Vincent Bongiorni, Esq.
95 State St., #309
Springfield, MA 01103