UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
vs.                       ) NO.  04-656-MAP
                          )
MICHAEL CROOKER            )

## MOTION TO ENLARGE TIME FOR FILING OF MOTION TO SUPPRESS

Now comes the defendant in the above entitled matter and moves this Honorable Court for an extension of time for the filing of his Motion to Suppress until October 20, 2005 and asserts as his basis, therefore, counsel is in the process of reviewing seized evidence with Government and will not conclude til that time.

Counsel for the defendant has conferred with Assistant United States Attorney, Kevin O'Regan, Esq., who expresses no objection to the allowance of this motion.

Wherefore, counsel requests the time for filing be enlarged to October 20, 2005.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street,  Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Kevin O'Regan, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 12th day of October, 2005.

_____
Vincent A. Bongiorni