-4-

as a witness at trial, it also needs to be determined whether he should be disqualified as the prosecutor in this case.

At the requested hearing I ask that a subpoena issue for the ATF Director and that he be required to bring with him all Administrative Staff Manuals that contain the word "Silencer" that are in existence now and that were in existence in 1978 and 1979 when the F.O.I.A. releases were made to me.

Respectfully yours,
Michael Crooker

cc: Kevin O'Regan, AUSA

Vincent Bongiorni, Esq.