UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )  04-CR-30034-MAP
                                )
MICHAEL ALAN CROOKER            )

FURTHER SCHEDULING ORDER

October 19, 2005

PONSOR, D.J.

Counsel appeared for a status conference on October 19, 2005. Based on counsel's representations, the court orders as follows:

1. The government will file its opposition to defendant's pending Motion for Reconsideration or Clarification by November 2, 2005.

2. Counsel will appear for argument on this motion on November 7, 2005 at 2:00 p.m.

3. Defendant's supplemental motion to suppress evidence obtained in searches of the defendant's car, home, home of his brother Stephen and home of his father will be filed no later than November 21, 2005. At the same time, the defendant will file his motion to suppress or dismiss based upon prosecutorial misconduct.

4. The government's opposition to these motions will be filed on or before December 9, 2005.

5. The court will hear argument on these motions on

December 22, 2005 at 2:00 p.m. To the extent that the court will need to take evidence related to either of the motions, a subsequent date for an evidentiary hearing will be set at that time.

6. The continuation of proceedings on the current motion to dismiss will go forward on October 25 and 26, 2005 at 10:00 a.m. The court will be available to hear evidence from 10:00 a.m. to 1:00 p.m. on October 25 and 10:00 a.m. to 1:00 p.m. and (if necessary) 2:00 p.m. to 4:00 p.m. on October 26.

7. During the course of the conference the defendant withdrew his request to represent himself. The schedule for motions has been established to balance, as fairly as possible, the defendant's need to receive and review personally all documents in the case with the need to move the case as quickly as possible towards trial.

It is So Ordered.

/s/ Michael A. Ponsor
_____
MICHAEL A. PONSOR
United States District Judge