UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
            v.             )    Criminal No. 04-30034-MAP
                           )
MICHAEL CROOKER,           )
        Defendant.         )

Government's Motion to Extend Time for Two Days

(Assented To in Part)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to file its memorandum in opposition to Mr. Crooker's motion for clarification and to suppress for two days until November 4, 2005. Due to other supervisory and substantive work in the U.S. Attorney's Office, the attorney responsible for preparing the government's memorandum in this case needed an additional two days to complete it.

Mr. Crooker's attorney, Vincent Bongiorni, Esq., assented to a one day continuance, but the government was unable to complete its memo during that day.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by:  /s/ Kevin O'Regan
     Kevin O'Regan
     Assistant U.S. Attorney

Date: November 4, 2005

<u>Certificate of Service</u>

November 4, 2005

I certify that on November 4, 2005, I caused the foregoing document to be faxed and mailed to counsel for the defendant, Vincent Bongiorni, Esq, 95 State Street, Springfield, MA 01103.

_____
Kevin O'Regan
Assistant U.S. Attorney

2