UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 04-30034-MAP |
| | ) |
| MICHAEL CROOKER | ) |

**MOTION FOR AN ORDER REQUIRING THE U.S. MARSHAL'S SERVICE TO RESTORE DETAINEE CROOKER'S COMMISSARY ACCOUNT FUNDS**

The defendant moves under the All Writs Act and any other applicable statutes for an order requiring the U.S. Marshal's Service, whom the court has remanded the defendant to its custody, to restore Crooker's jail commissary account funds of $435.00 which was illegally seized by their private, for-profit, contractors, Wyatt Detention Facility.

In support thereof, Crooker states as follows;

1) In March or April 2005, Crooker was extorted out of $235.00 at the Wyatt Facility for allegedly destroying a surveillance camcorder placed in front of his cell. He <u>agreed</u> to pay the $235.00 in order to "unfreeze" his commissary account which he paid.

2) At about this same time Crooker directed Inmate Accounts not to negotiate any further incoming monetary instruments in his name.

3) On May 10, 2005, Crooker's commissary account was again "frozen" over disputed damages.

4) On May 10, 2005, a check for $100.00 was received in Crooker's name from WRSI-Radio.

5) On May 17, 2005, a U.S. Treasury check (2004 Tax Return) for $335.00 was received in Crooker's name.

6) Both of the aforementioned checks were stolen, forged, cashed, and the funds accepted into and entrapped into the "frozen" commissary account.

7) Wyatt Detention Facility has refused to return the funds. Crooker has written in excess of a dozen letters to various Wyatt officials, Wyatt's Corporate Headquarters in Houston, U.S. Marshal Service Supervisors in Boston and in Springfield, to his court-appointed attorney, and he

attempted, unsuccessfully, to file a conversion lawsuit in Providence Superior Court. All of this was to no avail. The private, for-profit, Wyatt contract jailers believe that they are above the law and can summarily seize detainee funds and monetary instruments with no oversight. Crooker needs his funds to purchase toilet paper and aspirin, such items that jails no longer provide free. (See attached)

      WHEREFORE, an order to the U.S. Marshal Service to forthwith restore the funds should be entered and if such restoration is not accomplished, it is requested that the court order the U.S. Marshal Service to cease doing business with Wyatt Detention Facility.

DEFENDANT

BY: /s/ Vincent A. Bongiorni
Vincent A. Bongiorni
95 State Street- Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

      I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, United States District Court, 1550 Main Street, Springfield, MA 01103, this 10 day of November 2005.

/s/ Vincent A. Bongiorni
Vincent A. Bongiorni