UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO.  04-30034-MAP |
| | ) |
| MICHAEL CROOKER | ) |

**MOTION TO ENLARGE TIME FOR FILING OF MOTION TO SUPPRESS**

    Now comes the defendant in the above entitled matter and moves this Honorable Court for an extension of time for the filing of his Motion to Suppress from November 21, 2005 until November 28, 2005.

    Counsel for defendant has conferred with Assistant United States Attorney, Kevin O'Regan, who expresses no objection to the allowance of this motion.

THE DEFENDANT

BY:   /s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Suite #310, Springfield, MA. 01103 this 18th day of November 2005.

/s/ Vincent A. Bongiorni
Vincent A. Bongiorni

Case 3:04-cr-30034-MAP    Document 68    Filed 11/18/2005    Page 2 of 2