UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO.   04-30034-MAP |
| | ) |
| MICHAEL CROOKER | ) |

**MOTION TO ENLARGE THE TIME FOR FILING MOTION TO SUPPRESS**

  Now comes the defendant, by and through counsel, and moves this Court for an order enlarging the time for the filing of Motion to Suppress, and as his basis, therefore, asserts the following;

  On September 26, 2005 the Government served counsel for the defendant with a discovery letter disclosing the existence of search material covering five searches by warrant and an additional "consent" search directed against the defendant. Additionally, the Court provided defense counsel with a series of 13 cd's, videotapes and floppy discs containing documentary evidence of the fruits of said search. Counsel for the defendant provided defendant with these materials discovered in order to permit defendant to participate in his defense by reviewing the materials. In addition to providing the defendant with these materials, counsel for the defendant , the defendant, AUSA O'Regan, and the Case Agents met for the purpose of reviewing materials seized during the searches in order to complete the discovery process. The defendant is presently awaiting copies of some of these documents discovered.

  Unbeknownst to defense counsel Mr. Crooker was not provided with access to a computer in order to review the materials on the numerous CD's provided.

  Mr. Crooker was provided access to the videotapes and floppy disc material, but has been unable to have complete access to a computer in order to view the CD material.

  The institution has no computer available for inmates, however, some staff have tried to accommodate Mr. Crooker by providing him with limited access to their personal computer.

  In order to preserve and present all of Mr. Crooker's issues with respect to the above described searches, an additional period of time is reasonably necessary to obtain the review of the discovery and to complete the motion.

  Counsel has made a written request to the institution to enable defendant Crooker to obtain access to a computer, which has been approved by the warden.

  Counsel anticipates at least 30 additional days are necessary in order to have Mr. Crooker review these materials.

  Counsel for the defendant has conferred with AUSA O'Regan who expresses no objection to the allowance of the motion.

  WHEREFORE, defendant moves this Honorable Court the time for the filing of the Motion to Suppress be enlarged accordingly.

Respectfully submitted,

DEFENDANT

BY: /s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040