UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
          v.             )    Criminal No. 04-30034-MAP
                         )
MICHAEL CROOKER,         )
     Defendant.          )

Government's Motion to Extend Time for One Day

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to file its memorandum in opposition to Mr. Crooker's motion for to dismiss for one day until December 20, 2005. The government is attempting to obtain an affidavit to assist the Court in deciding the motion and needs an additional day to complete that task.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by: _____
Kevin O'Regan
Assistant U.S. Attorney

Date: December 19, 2005


Certificate of Service

December 19, 2005

I certify that on December 19, 2005, I caused the foregoing document to be served on counsel for the defendant, Vincent Bongiorni, Esq, 95 State Street, Springfield, MA 01103.

_____
Kevin O'Regan
Assistant U.S. Attorney