UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                     ) | NO. 04-30034-MAP |
| ) | |
| MICHAEL CROOKER       ) | |

**AFFIDAVIT REGARDING PART II MOTION TO SUPPRESS**

1. The premises of Harold Crooker are vacant during the winters because he resides in Florida from on/or about November 15th to on/or about April 15th of each year.

2. I was the caretaker of the property for the winters of 1999-2000, 2000-2001, 2001-2002, 2002-2003, and 2003-2004. This entailed monitoring the heat of the house, monitoring the fuel level if the oil tank, checking for storm damage, break-in's and so on. I lived there the winter of 1990-2000. I had permission to store my belongings there while I lived there. I also had permission to store my belongings there after I moved on/or about May 1, 2000 because my Feeding Hills efficiency apartment was very small. I stored property in the cellar of the house, the garage, and in the backyard.

3. I have read the alleged statements made by Heidi Provost, known as "CI-1", in the search warrant affidavits. It was CI-1's alleged statements that caused a search warrant to issue for the Harold Crooker residence.

4. Heidi Provost, DOB 06/05/70, is a convicted felon, ex-convict, and long time crack-cocaine, heroin, methadone, and alcohol addict. Her children have been taken away from her and her own mother has a restraining order against her.

5. Heidi Provost is uneducated, never attended high school, would not know what a "beaker" was and would not use the term "beaker".

6. On or about the first week of January, 2004, Heidi Provost and I both took out restraining orders against each other. They are reflected in our respective CORI records, which were checked and known about by the affiant.

7. Heidi Provost has manufactured fireworks with me multiple times. She knows that a laboratory, or lab equipment, is not used or useful in the manufacture of fireworks. There is absolutely no use for laboratory glassware, a Buchner Funnel, a ring stand, Bunsen burner, clamps, tubing, stoppers or connecting devices to make fireworks. The affiant would know this from his training.

8. What is used in the manufacture of fireworks is a scale, a kitchen sifter, plastic tubs, lids, spoons, glue, hobby fuse, cardboard tubes, aluminum powder and potassium perchlorate powder. All of these items had already been found in my apartment in the search on June 23-24, 2004.

9. Heidi Provost would not have claimed that a laboratory, or any lab equipment, was ever used to make fireworks.

10. I was arrested and jailed in this case on June 23, 2004 and have never been able to get back to my apartment. Because of the June 23-34, 2004 ATF raid, and forced evacuation of the entire complex of apartment buildings, I received an eviction notice at the Ludlow Jail on or about June 25, 2004.

11. In an attempt to get my belongings out of the apartment I gave power of attorney to my brother to retrieve them. On or about July 1, 2004 Stephen Crooker, Jennie Crooker, and Harold Crooker went with a truck to the apartment and were met by the manager. The manager stated they were to have only one hour to retrieve the belongings. He opened the door for them. A different door had been installed; the original one having been fire axed by the Fire Department by unknown authority after the June 23-24, 2004 search was completed.

12. I was told by Jennie Crooker, my mother, that the manager sat directly in front of the apartment for one hour. She told me that they were not able to retrieve all of the property under that time constraint. For example, they were in such a hurry that they could not even undo and retrieve my computer, scanner, printer, camcorder, cable modem USB hubs and other cables. A gun safe had to be left behind, as well as a dresser, a computer table, a kitchen table, chairs and other items.

Signed under the pains and penalties of perjury this 13 day of January 2006.

/s/ Michael Crooker