UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,         )
                                  )
                                  )
V.                                )     CR-04-30034-MAP
                                  )
                                  )
MICHAEL CROOKER,                  )
                                  )
           DEFENDANT.             )

PROPOSED JURY INSTRUCTIONS ON "SILENCER"

1. An air-rifle is not a firearm under the Gun Control Act. 18 U.S.C. §921(a)(3).

2. A "firearm silencer" or "firearm muffler" under the Gun Control Act is a device for silencing, muffling or diminishing the report of a portable firearm. 18 U.S.C. §921(a)(24).

3. The term "device for silencing, muffling or diminishing" means a device that is designed or intended to be used with a portable, powderburning firearm. 18 U.S.C. §921(a)(24).

4. An air-rifle silencer does not necessarily constitute a "firearm-silencer." 18 U.S.C. §921(a)(24).

5. There are many kinds of "silencers" and "mufflers." Some examples include gasoline engine mufflers, air tool silencers, and paintballgun silencers. But only "firearm-silencers" and "firearm-mufflers" are covered by the Gun Control Act. 18 U.S.C. §921(a)(24).

-2-

                                                Respecyfully submitted,

                                                Michael Crooker, pro se
                                                CCI-MacDougall
                                                1153 East Street South
                                                Suffield, CT  06080

                            CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the following persons: Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main Street, Springfield, MA  01103 and Vincent Bongiorni, Esq., 95 State Street, Springfield, MA 01103.

January 28, 2006                        s/ _____