Michael Crooker #33268
CCI-MacDougall
1153 East Street South
Suffield, CT  06080
February 24, 2006

John Stuckenbruck, Deputy Clerk
United States District Court
1550 Main Street
Springfield, MA  01103

Re:  USA v. Michael Crooker, CR-04-30034-MAP

Dear Mr. Stuckenbruck:

The enclosed letter to ATF concerning their recent legitimization of some airgun silencers should be brought to the attention of Judge Ponsor.

I'm sorry but I do not have the current ability to make and serve copies on the Government and I have not seen my attorney in months.

Sincerely yours,

*Michael Crooker*
Michael Crooker, pro se