```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
                         )
         v.              )    Criminal No. 04-30034-MAP
                         )
                         )
MICHAEL CROOKER,         )
         Defendant.      )
```

Government's Final Motion to Extend Time

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to file its memorandum in opposition to Mr. Crooker's additional motions until Wednesday, March 15, 2006. This will be the government's final request to extend time related to these motions.

The government's response to Mr. Crooker's motions, including motions to suppress evidence from the searches of his residence, his car, his computer and his e-mail, a motion to dismiss for selective prosecution, and a recently filed Motion to Dismiss Indictment Due to the Unforeseeably Expansive Interpretation Doctrine was due on March 6, 2006.

The government has been working on its response, including the preparation of an affidavit by ATF Special Agent Patrick Burns. However, due to number of Mr. Crooker's motions and other responsibilities in the U.S. Attorney's Office, the government

was unable to complete its response to Mr. Crooker's motions on time.

                               Respectfully submitted,

                               MICHAEL J. SULLIVAN
                               United States Attorney

            by:   /s/ Kevin O'Regan
                   Kevin O'Regan
                   Assistant U.S. Attorney

        Date:   March 13, 2006

## Certificate of Service

March 13, 2006

I certify that I caused the foregoing document to be served on counsel for the defendant, Vincent Bongiorni, Esq, 95 State Street, Springfield, MA 01103.

                               /s/ Kevin O'Regan
                               Kevin O'Regan
                               Assistant U.S. Attorney