UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSET

UNITED STATES OF AMERICA

V.

MICHAEL CROOKER

CASE NO. CR 04-30034-MAP

### NOTICE OF HEARING

PLEASE TAKE NOTICE that   A HEARING ON ALL PENDING MOTIONS  in the above-entitled case has been SET  for APRIL 10,  2006   at   11:00 A.M.  before Michael A. Ponsor, U.S. D.J    In   Courtroom #   1   on the   5th   floor.

SARAH THORNTON
CLERK OF COURT

3/21/06
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                             [kntchrgcnf.]
                                                                            [ntchrgcnf.]