UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

UNITED STATES OF AMERICA )
)
)
v. ) CR-04-30034-MAP
)
)
MICHAEL CROOKER )

2006 MAR 22 A 10: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEFENDANT'S FIRST MOTION IN LIMINE

The court has ruled on Pages 8 and 9 of its Memorandum Re: Defendant's Motion to Reconsider/For Clarification of Defendant's Motion to Dismiss:

> The question before the jury when this case goes to trial will be whether the defendant knew that <u>this particular device</u> had the capacity to muffle the report of a firearm when he transported it. (emphasis in original)

Therefore the defendant moves <u>in limine</u> to prevent any and all testimony or evidence that relates to any firearm or firearm device other than the <u>particular device</u> charged in this case, or any testimony or evidence concerning defendant's generalized knowledge of firearms or firearm devices other than the <u>particular device</u> in this case.

Such testimony or evidence would not be relevant and would be prejudicial. It would not be relevant unless it related directly to the actual device in this case allegedly

-2-

transported by Crooker. It would be prejudicial because Crooker is a former felon. Former felon status is an element of the current offense. Also most persons know that such status makes it unlawful to possess firearms in general.

Respectfully submitted,

*Michael Alan Crook*

Michael Alan Crooker, pro se
CCI-MacDougall
1153 East Street South
Suffield, CT  06080

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to the following persons: Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main Street, Springfield, MA  01103 and Vincent Bongiorni, Attorney, 95 State Street, Suite 309, Springfield, MA  01103.

Dated:  March 21, 2006                    s/ *Michael Alan Crooker*