UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAR 22  A 10: 58

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-04-30034-MAP |
| | ) | |
| MICHAEL CROOKER | ) | |

### DEFENDANT'S STIPULATION AS TO FORMER FELON STATUS

Defendant hereby agrees and stipulates that he has in the past been convicted of an offense that can be punishable by more than one year imprisonment, as defined in 18 U.S.C. §921(a)(20).

Respectfully submitted,

*/s/ Michael Alan Crooker*

Michael Alan Crooker, pro se
CCI-MacDougall
1153 East Street South
Suffield, CT  06080

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to the following persons: Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main Street, Springfield, MA 01103 and Vincent Bongiorni, Attorney, 95 State Street, Suite 309, Springfield, MA 01103.

Dated:  March 21, 2006              s/ *Michael Alan Crooker*