UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
                             )
V.                           )          CR-04-30034-MAP
                             )
                             )
MICHAEL CROOKER              )

DEFENDANT'S MOTION TO FIND THE U.S. MARSHALS SERVICE
IN CONTEMPT, OR IN THE ALTERNATIVE,
TO ORDER THEM TO CEASE DOING BUSINESS WITH
CORNELL CORRECTIONS, INC. d/b/a WYATT DETENTION FACILITY

On November 10, 2005 defendant moved for an order requiring his custodian, the U.S. Marshals Service, to restore his commissary account funds that were derived from checks to defendant Crooker that were unlawfully seized, and then forged and cashed, by their private, for-profit, no-oversight, contract-jailer, Wyatt Detention Facility. Defendant further requested that if such restoration was not accomplished, that the court order the U.S. Marshals Service to cease doing business with Wyatt. This motion was allowed on November 30, 2005.

Despite this order, Wyatt officials refuse to relinquish the stolen funds to the U.S. Marshals Service. Since the granting of the motion, Crooker has written to the Supervising Deputy U.S. Marshal at least 10 times to no avail and he reminds the court how eight months or so ago he had to write over 30 letters and seek and seek court intervention over Wyatt's seizure of his legal files before those were finally returned.

-2-

WHEREFORE, the U.S. Marshals Service should be found in contempt for failing to use their contract leverage over Wyatt to force the return of the funds. IN THE ALTERNATIVE, they should be ordered to cease doing business with Wyatt Detention Facility.

Respectfully submitted,

*/s/ Michael Alan Crooker*
Michael Alan Crooker, pro se
CCI-MacDougall
1153 East Street South
Suffield, CT 06080

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the following persons by mail: Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main Street, Springfield, MA 01103 and Vincent Bongiorni, Attorney, 95 State Street, Suite 309, Springfield, MA 01103.

Dated: March 21, 2006          s/ */s/ Michael Alan Crooker*