UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAR 22  A 11: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) CR-04-30034-MAP |
| | ) |
| MICHAEL CROOKER | ) |

### DEFENDANT'S MOTION TO REQUIRE WEEKLY COURT HEARINGS

Defendant, who has been detained without bail for 21-months and counting, requests that the court, in order to prevent further needless detention that could go on for many years at the current pace, set this case down for court hearings every Monday morning at 10:00 A.M. in order to plan for, and track the progress of the case towards a final resolution. See Defendant's Motion to Dismiss Due To Deprivation of Speedy Trial and Prosecutorial Misconduct Related Thereto.

Respectfully submitted,

/s/ Michael Alan Crooker
Michael Alan Crooker, pro se
CCI-MacDougall
1153 East Street South
Suffield, CT  06080

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to the following persons: Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main Street, Springfield, MA 01103 and Vincent Bongiorni, Attorney, 95 State Street, Suite 309, Springfield, MA  01103.

Dated:  March 21, 2006           s/ Michael Alan Crooker