UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

UNITED STATES OF AMERICA )
)
)
v. ) CR-04-30034-MAP
)
)
MICHAEL CROOKER )

2006 APR -5 A 10: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEFENDANT'S RENEWED MOTION TO DISMISS DUE TO
DEPRIVATION OF A SPEEDY TRIAL
AND VIOLATION OF 18 U.S.C. §3164

Defendant has now been detained without bail for 21-1/2 months for a victimless, nonviolent crime that is not even an offense (air rifle silencer). He has been denied a speedy trial despite numerous complaints. See Defendant's Motion to Dismiss Due To Deprivation of Speedy Trial and Prosecutorial Misconduct Related Thereto dated March 21, 2006. Title 18 U.S.C. §3164 has clearly been violated. This statute requires detained defendants like this defendant going to the head of the queue and their case taking precedence over all civil cases and all criminal cases without detained defendants.

Defendant fails to see what the problem is. There has been a 70-day speedy trial law on the books for decades now as well as a 90-day cap on pretrial detention in §3164. In the 1970's this defendant went through this federal court system three different times and in all three cases the Indictment to Sentencing/Final Judgment time elapsed was under 6-months, including in one case, a two-week jury trial.

-2-

WHEREFORE, the case should be dismissed,

OR IN THE ALTERNATIVE, the defendant ordered transferred to a halfway house.

Respectfully submitted,

*Michael Alan Crooker*
Michael Alan Crooker, pro se
CCI-MacDougall
1153 East Street South
Suffield, CT  06080

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to the following persons: Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main Street, Springfield, MA  01103 and Vincent Bongiorni, Attorney, 95 State Street, Suite 309, Springfield, MA  01103.

Dated:  April 4, 2006              s/ *Michael Alan Crooker*