UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              ) CR NO. 04-30034-MAP
                            )
MICHAEL ALAN CROOKER        )

MEMORANDUM AND ORDER RE: PENDING MOTIONS

April 11, 2006

PONSOR, D.J.

Counsel appeared for argument on Defendant's pending motions on April 10, 2006. The court has addressed the motions as follows:

1. <u>Defendant's Motion to Dismiss or For Appropriate Relief (Dkt. No. 70)</u>

This motion is under advisement.

2. <u>Defendant's Omnibus Motion to Suppress (Dkt. No. 74)</u>

The court has established a schedule for evidentiary hearing on this motion.

3. <u>Defendant's Motion to Dismiss or For Selective Prosecution and for an Evidentiary Hearing (Dkt. No. 78)</u>

Defendant will be submitting supplemental materials in support of this motion by April 24, 2006. The government's

supplemental opposition will be filed by May 4, 2006. The court will thereafter rule on the motions, on the papers, or will set it for an evidentiary hearing on one of the days already set aside.

4. <u>Defendant's Motion for Return of Property (Dkt. No. 79)</u>

The government's supplemental opposition will be filed by May 4, 2006. The court will thereafter rule on the motion, on the papers.

5. <u>Defendant's Motion to Dismiss Due to Unforeseeable Expansive Interpretation Doctrine (Dkt. No. 84)</u>

This motion is hereby DENIED.

6. <u>Defendant's Motion to Reconsider Decision on Motion to Suppress (Dkt. No. 90)</u>

This motion is hereby DENIED.

The following motions have been filed by Defendant, <u>pro se</u>. Generally, the court will be denying these motions, without prejudice, and giving Defendant's counsel until April 24, 2006 to re-file them. As the court has previously stated, motions and other communications to the court must come through counsel.

1. **Defendant's First Motion in Limine (Dkt. No. 94)**

This motion is hereby DENIED, without prejudice.

2. **Defendant's Motion to Dismiss Due to Scientific Impossibility of Conviction (Dkt. No. 96)**

This motion is hereby DENIED, without prejudice.

3. **Defendant's Motion to Dismiss Due to Post-Indictment Agency Ruling (Dkt. No. 97)**

This motion is hereby DENIED, without prejudice.

4. **Defendant's Motion to Find U.S. Marshals Service in Contempt (Dkt. No. 98)**

The government's opposition will be filed by May 4, 2006.

5. **Defendant's Motion to Require Weekly Court Hearings (Dkt. No. 100)**

This motion is hereby DENIED.

6. **Defendant's Motion to Dismiss Due to Deprivation of Speedy Trial and Prosecutorial Misconduct (Dkt. No. 101)**

This motion is hereby DENIED, without prejudice.

7. **Defendant's Motion to Appoint a Second Attorney (Dkt. No. 102)**

This motion is hereby DENIED.

8. **Defendant's Motion to Dismiss Due to Deprivation of Speedy Trial and Violation of 18 U.S.C. § 3164 (Dkt. No. 103)**

This motion is hereby DENIED, without prejudice.

It is So Ordered.

_/s/ Michael A. Ponsor_
MICHAEL A. PONSOR
United States District Judge