UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CIVIL ACTION NO. 04-30034-MAP
)
MICHAEL ALAN CROOKER )

PRETRIAL SCHEDULING ORDER

April 11, 2006

PONSOR, D.J.

Counsel appeared for argument on Defendant's pending motions on April 10, 2006. The court has, by separate memorandum, ruled on certain of the motions. This Scheduling Order will establish a timetable to address the outstanding motions. Based on counsel's representations, the court orders as follows:

  1. All additional motions, and supplements to pending motions (including Defendant's pending Motion to Dismiss for Selective Prosecution, Dkt No. 78), will be filed by April 24, 2006. These motions will include any motions filed by Defendant, pro se, that have been denied without prejudice and that counsel for Defendant feels it is appropriate to re-file.

  2. The government's opposition to Defendant's motions will be filed by May 4, 2006. The opposition will include opposition to Defendant's Motion for Return of his laptop and for return of $435.00 that Defendant alleges was wrongly seized from him by officials at the Wyatt Detention Facility, as well

as opposition to all other pending and recently supplemented motions.

3. The court will rule on all pending motions without evidentiary hearing, or will hear evidence with regard to any motion requiring a hearing on May 9, May 10 and (if necessary) May 15, 2006 at 2:00 p.m.

4. Counsel will appear for a status conference to discuss any trial-related issues on June 7, 2006 at 2:00 p.m.

5. Trial in this matter will commence on June 12, 2006 at 10:00 a.m. Counsel will appear for a conference that day at 9:00 a.m. prior to the commencement of jury selection at 10:00 a.m. Trial will proceed until 1:00 p.m. on June 12 and from 9:00 a.m. to 1:00 p.m. thereafter, except for afternoons if necessary to insure that the trial is completed.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge