UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO.  04-30034-MAP |
| ) | |
| MICHAEL CROOKER ) | |

**DEFENDANT'S MOTION TO REQUIRE WEEKLY COURT HEARINGS**

Defendant, who has been detained without bail for 21 months and counting, requests that the court, in order to prevent further needless detention that could go on for many years at the current pace, set this case down for court hearings every Monday morning at 10:00 am in order to plan for, and track the progress of the case towards a final resolution. See defendant's Motion to Dismiss Due to Deprivation of Speedy Trial and Prosecutorial Misconduct Related Thereto.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street,  Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Kevin O'Regan, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 13th day of April 2006.

/s/ Vincent A. Bongiorni