UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO.  04-30034-MAP
)
MICHAEL CROOKER )

**DEFENDANT'S MOTION TO FIND THE U.S. MARSHALS SERVICE IN CONTEMPT, OR IN THE ALTERNATIVE, TO ORDER THEM TO CEASE DOING BUSINESS WITH CORNELL CORRECTIONS, INC. dba WYATT DETENTION FACILITY**

On November 10, 2005 defendant moved for an order requiring his custodian, the U.S. Marshals Service, to restore his commissary account funds that were derived from checks to defendant Crooker that were unlawfully seized, and then forged and cashed, by their private, for-profit, no-oversight, contract-jailer, Wyatt Detention Facility. Defendant further requested that if such restoration was not accomplished, that the court order the U.S. Marshals Service to cease doing business with Wyatt. This motion was allowed on November 30, 2005.

Despite this order, Wyatt officials refuse to relinquish the stolen funds to the U.S. Marshals Service. Since the granting of the motion, Crooker has written to the Supervising Deputy U.S. Marshal at least 10 times to no avail and he reminds the court how eight months or so ago he had to write over 30 letters and seek court intervention over Wyatt's seizure of his legal files before those were finally returned.

WHEREFORE, the U.S. Marshals Service should be found in contempt for failing to use their contract leverage over Wyatt to force the return of the funds. IN THE ALTERNATIVE, they should be ordered to cease doing business with Wyatt Detention Facility.

THE DEFENDANT

BY:/s/  Vincent A. Bongiorni, Esq.
95 State Street,   Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

      I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Kevin O'Regan, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 13th day of April 2006.

                              /s/ Vincent A. Bongiorni