UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO.   04-30034-MAP |
| ) | |
| MICHAEL CROOKER ) | |

**DEFENDANT'S STIPULATION AS TO FORMER FELON STATUS**

Defendant hereby agrees and stipulates that he has in the past been convicted of an offense that can be punishable by more than one year imprisonment, as defined in 18 U.S.C. §921 (a)(20).

Respectfully submitted,

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Springfield, MA. 01103 this 13th day of April  2006.

/s/ Vincent A. Bongiorni