UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO.  04-30034-MAP |
| | ) | |
| MICHAEL CROOKER | ) | |

**MOTION TO BE PROVIDED WITH TRANSCRIPTS OF EVIDENTIARY HEARING**
**(REQUEST FOR FUNDS FOR TRANSCRIPT)**

Now comes the defendant and respectfully requests this Honorable Court allow funds to be expended for the transcript of the Evidentiary Hearings to be produced for the defendant.

The defendant requests the transcript of all witness testimony taken at the Evidentiary Hearings held on 8/23/05, 9/19/05, 9/27/05 and 10/25/05.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084


CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Suite #310, Springfield, MA. 01103 this 18th day of April 2006.

/s/ Vincent A. Bongiorni