```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
         v.              )     Criminal No. 04-30034-MAP
                         )
MICHAEL CROOKER,         )
         Defendant.      )
```

Government's Motion
to Extend Time for Two Business Days

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to file its memorandum in opposition to Mr. Crooker's further additional motions for two business days, until Monday, May 8, 2006.

The government's response to Mr. Crooker's further additional motions was due yesterday, May 4, 2006. The government has been working on its response. However, due to the number of Mr. Crooker's motions and other responsibilities in the U.S. Attorney's Office, including preparation for suppression hearings in this case next week, the government was unable to complete its written response to Mr. Crooker's motions on time.

This brief extension of time will not otherwise delay the proceedings in this case.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    by:  /s/ Kevin O'Regan
                         Kevin O'Regan
                         Assistant U.S. Attorney

                    Date: May 5, 2006
```

<u>Certificate of Service</u>

May 5, 2006

    I certify that I caused the foregoing document to be served on counsel for the defendant, Vincent Bongiorni, Esq, 95 State Street, Springfield, MA 01103.

<u>/s/ Kevin O'Regan</u>
Kevin O'Regan
Assistant U.S. Attorney

2