6/25/04    CW    Gerry re: Crooker offer.
          matthison
          AUSA

Crooker wants to talk to me + agent.

crank house on Loring St in Spfld    24/7    $15,000/wk.

Heroin house on Hall St. in Spfld. — 24/7    Abt. more than
                                        $15,000

        Sold fireworks to people on Hall St.


      CW Put burns ATF

1/25/04    ATF Tested Fred Silencer
        — Very Effective — reduced sound by 22.6 decibels.
        100 x less loud

        — Potassium Perchlorate + Aluminum Powder.



6/25/04    Crooker Detention Hearing — No lawyer.

        Crooker does not have a lawyer, but still wants
one. He also wants to go forward on his own
w/o a lawyer for detention hearing today.

        He also spent alot of time questioning his
medical care. He wants to be put in a hospital.

        KLN takes a recess to talk to medical
unit at Ludlow. Comes back satisfied

        Gov't proffer.
A
        Continued to Tuesday 6/29 at 12 (noon)

CHILD W. WYATT DETENTION FACILITY
## DISCIPLINARY REPORT

Report No. 1024

**PART I. REPORT**

| DETAINEE NAME | BOOKING NUMBER | DATE & TIME OF INCIDENT | PLACE OF INCIDENT |
|---|---|---|---|
| Crooker Michael | 0363 1-158 | 10-30-04 | F-5 Seg |

| DETAINEE HOUSING UNIT | DISCIPLINARY OFFENSE(S) CHARGED | OFFENSE CODE(S) |
|---|---|---|
| Segregation | Manufacturing of a weapon/Sharpend object / Destruction of property less than $100 | A-7, C16 |

SUMMARY OF INCIDENT

On October 30, 2004  I officer Lavrie was Posted as
(118) Escort officer.  At approximately 7:00P  I officer Lavrie
was conducting a shake down in F.5 Detainee Crookers cell.
I officer Lavrie confiscated a weapon beside the toilet
that Crooker made out of the Electrical Plate above
the door. Shift Commander notified End of statement. //

| SIGNATURE OF ISSUING EMPLOYEE | REPORT FILED DATE & TIME: 7:45Pm 10/30/04 | EMPLOYEE NAME AND TITLE PRINTED: J Lavrie |
|---|---|---|
| REPORT ___ TO DETAINEE BY: | | DATE SERVED: 10/30/04 | TIME SERVED 8:0 |

Detainee placed on Administrative Detention pending Disciplinary Hearing: ☐ Yes ☐ No | Current Housing Assignment:

**PART II. INFORMAL SANCTIONS**

☐ 8 HOURS EXTRA DUTY   ☐ 24 HOUR LOCKDOWN FROM:_____ TO:_____   ☐ 48 HOUR LOCKDOWN FROM:_____ TO:_____

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS AN DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature | Date | Supervisor Signature | Date |
|---|---|---|---|

**PART III. DISCIPLINARY HEARING**

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY: | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE |
|---|---|
| SIGNATURE | DATE & TIME | SIGNATURE | DATE & TIME |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE: W/ Sergeant. | COMMITTEE MEMBER #2 NAME & TITLE: | COMMITTEE MEMBER #3 NAME & TITLE: |
|---|---|---|

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☐ YES ☐ NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL:   SIGNATURE: _____  PRINT: M Alonso

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS:_____ ON DATE/TIME:_____

STAFF ASSISTANCE REQUESTED: ☐ YES ☐ NO   STAFF NAME & TITLE IF REQUESTED: _____

WITNESS REQUESTED: ☐ YES ☐ NO   WITNESS NAME(S) _____

| | CHARGE #1: A-7 | ☐ NOT GUILTY | ☑ GUILTY | ☐ GUILTY WITH EXPLANATION | DETAINEE |
|---|---|---|---|---|---|
| DETAINEE'S PLEA: | CHARGE #2: C-16 | ☐ NOT GUILTY | ☑ GUILTY | ☐ GUILTY WITH EXPLANATION | SIGNATURE:_____ |
| | CHARGE #3: | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:

Detainee did not want to appear in Front of D. Board, wanted an
Extension it was denied.

HEARING OFFICER/ COMMITTEE CONCLUSION:

Guilty due to proven evidence.

| CHARGE #1: A-7 ☐ NOT GUILTY ☑ GUILTY | CHARGE #2: C-16 ☐ NOT GUILTY ☑ GUILTY | CHARGE #3:_____ ☐ NOT GUILTY ☐ GUILTY |
|---|---|---|
| 30 DAYS DISCIPLINARY SEGREGATION | 15 DAYS DISCIPLINARY SEGREGATION | _____ DAYS DISCIPLINARY SEGREGATION |
| _____ DAYS SUSPENDED FOR _____ MONTHS | _____ DAYS SUSPENDED FOR _____ MONTHS | _____ DAYS SUSPENDED FOR _____ MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

| DETAINEE SIGNATURE | B | DATE & TIME |
|---|---|---|
| HEARING OFFICER SIGNATURE | | 11.9.04   9:30 Am |
| | | DATE & TIME |

MANDER/SUPERVISORS NOTES

'S STATEMENT AND ATTITUDE: Detainee Crooker admitted to taking the plate off the

ll and he said it didn't matter and doesn't care about the

eport.

ERVISOR'S COMMENTS AND CONCLUSIONS: Detainee Crooker committed the act.

HIFT COMMANDER/SUPERVISOR THAT YOU:

G. PROHIBITED ACT    1) A-7    2) C-16    3) _____

WING PROHIBITED ACT.    1) _____    2) _____    3) _____

LETED: 10/30/04              8:50    AM/PM

ATOR: C. McNULTY Sgt.

OR: Sgt Mc C

11/15

WYATT DETENTION FACILITY
DISCIPLINARY REPORT

Report No. 10243

**PART I. REPORT**

| DETAINEE NAME: Crooker, Michael | BOOKING NUMBER: 03631-158 | DATE & TIME OF INCIDENT: 4 NOV 04  1230p | PLACE OF INCIDENT: F-4 |

| DETAINEE HOUSING UNIT: Segregation | DISCIPLINARY OFFENSE(S) CHARGED: Destruction of Facility property. | OFFENSE CODE(S): C-16 |

SUMMARY OF INCIDENT

On November 9, 2004 at approximately 1230pm, I Officer Afonso had to remove the plastic cover of the mattress through the trap of F-4 detainee Crooker, Michael. Detainee Crooker had destroyed the mattress by ripping off the cover and the stuffing is thrown around in his cell. Shift Supervisor notified.
/// End of Report ///

| SIGNATURE OF ISSUING EMPLOYEE: Afonso  SS - WR | REPORT FILED DATE & TIME: 4 NOV 04  1255pm | EMPLOYEE NAME AND TITLE PRINTED: J.M. Afonso  Officer | DATE SERVED: 11.4.04 | TIME SERVED: 12:46p |

Detainee placed on Administrative Detention pending Disciplinary Hearing:  ☒ Yes  ☐ No    Current Housing Assignment: D. Seg/U.  F-04

**PART II. INFORMAL SANCTIONS**

☐ 8 HOURS EXTRA DUTY    ☐ 24 HOUR LOCKDOWN  FROM:____ TO:____    ☐ 48 HOUR LOCKDOWN  FROM:____ TO:____

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature | Date: | Supervisor Signature | Date: |

**PART III. DISCIPLINARY HEARING**

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY: | | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE | |
| SIGNATURE | DATE & TIME | SIGNATURE | DATE & TIME |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE: | COMMITTEE MEMBER #2 NAME & TITLE: | COMMITTEE MEMBER #3 NAME & TITLE: |

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE:  ☐ YES  ☒ NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL:    SIGNATURE: K Serra    PRINT: K Serra

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS:_____ ON DATE/TIME:_____

STAFF ASSISTANCE REQUESTED:  ☐ YES  ☐ NO    STAFF NAME & TITLE IF REQUESTED: _____

WITNESS REQUESTED:  ☐ YES  ☐ NO    WITNESS NAME(S): _____

| DETAINEE'S PLEA: | CHARGE #1:____  ☐ NOT GUILTY  ☐ GUILTY  ☐ GUILTY WITH EXPLANATION | DETAINEE SIGNATURE:_____ |
| | CHARGE #2:____  ☐ NOT GUILTY  ☐ GUILTY  ☐ GUILTY WITH EXPLANATION | |
| | CHARGE #3:____  ☐ NOT GUILTY  ☐ GUILTY  ☐ GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:  refused to appear

HEARING OFFICER/ COMMITTEE CONCLUSION:  Guilty

| CHARGE #1: C-16  ☐ NOT GUILTY  ☒ GUILTY | CHARGE #2:____  ☐ NOT GUILTY  ☐ GUILTY | CHARGE #3:____  ☐ NOT GUILTY  ☐ GUILTY |
| 10 DAYS DISCIPLINARY SEGREGATION | ____ DAYS DISCIPLINARY SEGREGATION | ____ DAYS DISCIPLINARY SEGREGATION |
| 5 DAYS SUSPENDED FOR 3 MONTHS | ____ DAYS SUSPENDED FOR ____ MONTHS | ____ DAYS SUSPENDED FOR ____ MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

| DETAINEE SIGNATURE | DATE & TIME |
| HEARING OFFICER SIGNATURE | 11.14.04  3:30p  DATE & TIME |

SHIFT COMMANDER/ SUPERVISORS NOTES

| DETAINEE'S STATEMENT AND ATTITUDE: |
| --- |
| States that he did it so we can stay warm |
| |
| |
| |
| |
| |
| |
| |

| SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS: |
| --- |
| Guilty |
| |
| |

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.    1) _____  2) _____  3) _____

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.    1) _____  2) _____  3) _____

DATE AND TIME INVESTIGATION COMPLETED: _____11.40.04_____    _12:45_    AM /PM

NAME OF INVESTIGATOR: _____Sgt WRwz_____

SIGNATURE OF INVESTIGATOR: _____Sgt W V_____

11/30

## DON __ D W. WYATT DETENTION FACILITY
### DISCIPLINARY REPORT

PART I. REPORT

Report No. 10269

| DETAINEE NAME: Crooker, Michael | BOOKING NUMBER: 03631-158 | DATE & TIME OF INCIDENT: 1/21/04 500pm | PLACE OF INCIDENT: F-5 |

DETAINEE HOUSING UNIT: Seg.    DISCIPLINARY OFFENSE(S) CHARGED: Possession of hazardous tool  Damaging property excess $100.00  Conduct which disrupts    OFFENSE CODE(S): A-9, B-7, C-6

SUMMARY OF INCIDENT:
On November 21, 8004 at approximately 5:00pm, I officer Saccoccio posted as 118A was Conducting rounds in Seg and noticed detainee Crooker, Michael 03631-158 had popped his sprinkler head in F-05. He was removed from the cell and it was searched. A toothbrush was recovered that had been shaved and sharpened in the sprinkler head in the attempt to make a weapon. I am charging him with possession of a hazardous tool (A-9), Damaging or destroying property in excess of $100.00 (B-7) and Conducts which disrupts (C-6).

| SIGNATURE OF ISSUING EMPLOYEE: | REPORT FILED DATE & TIME: 11/21/04  8:00pm | EMPLOYEE NAME AND TITLE PRINTED: Saccoccio JR officer |

| REPORT SERVED BY/DETAINEE: | DATE SERVED: 11-22-04 | TIME SERVED: 7:00 — |

Detainee placed on Administrative Detention pending Disciplinary Hearing:  ☒ Yes  ☐ No    Current Housing Assignment: Seg-5

PART II. INFORMAL SANCTIONS

☐ 8 HOURS EXTRA DUTY    ☐ 24 HOUR LOCKDOWN  FROM: ___ TO: ___    ☐ 48 HOUR LOCKDOWN  FROM: ___ TO: ___

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature: | Date: | Supervisor Signature: SGT. Gallo | Date: 12/4/04 |

PART III. DISCIPLINARY HEARING

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY: | | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE: | |
| SIGNATURE: | DATE & TIME: | SIGNATURE: | DATE & TIME: |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE: | COMMITTEE MEMBER #2 NAME & TITLE: | COMMITTEE MEMBER #3 NAME & TITLE: |

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE:  ☐ YES  ☒ NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL:  SIGNATURE: Gallo    PRINT: Gallo

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS: _____ ON DATE/TIME: _____

STAFF ASSISTANCE REQUESTED:  ☐ YES  ☐ NO    STAFF NAME & TITLE IF REQUESTED: _____

WITNESS REQUESTED:  ☐ YES  ☐ NO    WITNESS NAME(S): _____

| DETAINEE'S PLEA: | CHARGE #1: A9  ☐ NOT GUILTY  ☒ GUILTY  ☐ GUILTY WITH EXPLANATION | DETAINEE SIGNATURE: |
| | CHARGE #2: B7  ☐ NOT GUILTY  ☒ GUILTY  ☐ GUILTY WITH EXPLANATION | |
| | CHARGE #3: C6  ☐ NOT GUILTY  ☒ GUILTY  ☐ GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:

HEARING OFFICER/ COMMITTEE CONCLUSION:

| CHARGE #1: A9  ☐ NOT GUILTY  ☒ GUILTY | CHARGE #2: B7  ☐ NOT GUILTY  ☒ GUILTY | CHARGE #3: C6  ☐ NOT GUILTY  ☒ GUILTY |
| 20 DAYS DISCIPLINARY SEGREGATION | 5 DAYS DISCIPLINARY SEGREGATION | 5 DAYS DISCIPLINARY SEGREGATION |
| ___ DAYS SUSPENDED FOR ___ MONTHS | ___ DAYS SUSPENDED FOR ___ MONTHS | ___ DAYS SUSPENDED FOR ___ MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

| DETAINEE SIGNATURE: | DATE & TIME: |
| HEARING OFFICER SIGNATURE: SGT. Gallo | DATE & TIME: 12/4/04  10:00 A |

SHIFT COMMANDER/ SUPERVISORS NOTES

DETAINEE'S STATEMENT AND ATTITUDE: Foor. Stated "I dont recougnice your authority"

SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS: Guilty

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.    1) A-9    2) B-7    3) C-6

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.    1) _____    2) _____    3) _____

DATE AND TIME INVESTIGATION COMPLETED: 11·22·04    7:10    AM / PM

NAME OF INVESTIGATOR: David Saunos

SIGNATURE OF INVESTIGATOR: _____

( LD W. WYATT DETENTION FACILIT .  )
**DISCIPLINARY REPORT**

**Report No.** 10274

**PART I. REPORT**

| DETAINEE NAME | BOOKING NUMBER | DATE & TIME OF INCIDENT | PLACE OF INCIDENT |
|---|---|---|---|
| Crooker, Michael | 03631-158 | 11-25-04 / 8:01pm | Segregation |

| DETAINEE HOUSING UNIT | DISCIPLINARY OFFENSE(S) CHARGED | OFFENSE CODE(S) |
|---|---|---|
| F3 | Destroying, Altering, or damaging property 1e85 $100 | C-16 |

SUMMARY OF INCIDENT:
Crooker's use of force on Door (Kicking) caused ①
bolt to become un attached to the key plate
frame.

| SIGNATURE OF ISSUING EMPLOYEE: | REPORT FILED DATE & TIME: | EMPLOYEE NAME AND TITLE PRINTED: |
|---|---|---|
| S/o Dixon | 11-25-04   1145pm | S/o Dixon |

REPORT SERVED TO DETAINEE BY: _____  
DATE SERVED: 11-27-04   TIME SERVED: 9:00 pm

Detainee placed on Administrative Detention pending Disciplinary Hearing:  ☐ Yes  ☐ No

Current Housing Assignment: F-63   D-BOARD

**PART II. INFORMAL SANCTIONS**

☐ 8 HOURS EXTRA DUTY    ☐ 24 HOUR LOCKDOWN  FROM: ___ TO: ___    ☐ 48 HOUR LOCKDOWN FROM: ___ TO: ___

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

Detainee Signature: ___ Date: ___  Supervisor Signature: _Gallo_ Date: 12/4/04

**PART III. DISCIPLINARY HEARING**

DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY:    DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE.

| SIGNATURE: | DATE & TIME: | SIGNATURE: | DATE & TIME: |
|---|---|---|---|
| | | | |

HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE:    COMMITTEE MEMBER #2 NAME & TITLE:    COMMITTEE MEMBER #3 NAME & TITLE:

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☐YES ☒NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL: SIGNATURE: _Gallo_ PRINT: J Gallo

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS: _____ ON DATE/TIME: _____

STAFF ASSISTANCE REQUESTED: ☐ YES ☐ NO    STAFF NAME & TITLE IF REQUESTED: _____

WITNESS REQUESTED: ☐ YES ☐ NO    WITNESS NAME(S): _____

| DETAINEE'S PLEA: | CHARGE #1: C/6 | ☐ NOT GUILTY ☒GUILTY ☐GUILTY WITH EXPLANATION | DETAINEE SIGNATURE: |
|---|---|---|---|
| | CHARGE #2: | ☐ NOT GUILTY ☐GUILTY ☐GUILTY WITH EXPLANATION | |
| | CHARGE #3: | ☐ NOT GUILTY ☐GUILTY ☐GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:

HEARING OFFICER/ COMMITTEE CONCLUSION:

| CHARGE #1: C/6 ☐ NOT GUILTY ☒GUILTY | CHARGE #2: ___ ☐ NOT GUILTY ☐ GUILTY | CHARGE #3: ___ ☐ NOT GUILTY ☐ GUILTY |
|---|---|---|
| 5 DAYS DISCIPLINARY SEGREGATION | ___ DAYS DISCIPLINARY SEGREGATION | ___ DAYS DISCIPLINARY SEGREGATION |
| ___ DAYS SUSPENDED FOR ___ MONTHS | ___ DAYS SUSPENDED FOR ___ MONTHS | ___ DAYS SUSPENDED FOR ___ MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

DETAINEE SIGNATURE: _____    DATE & TIME: _____

HEARING OFFICER SIGNATURE: _Gallo_    DATE & TIME: 12/4/04   10:00A

**SHIFT COMMANDER/ SUPERVISORS NOTES**

DETAINEE'S STATEMENT AND ATTITUDE: _No Comment_

SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS: _Written Report and Maintain report_
_Lawsuit, also reviewed Kost for Plan._
_Detainee was on Eyeball watched and stand a 26 way._

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.    1) _C-16_   2) _____   3) _____
DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.   1) _____   2) _____   3) _____

DATE AND TIME INVESTIGATION COMPLETED:   _27 Jan 04_                           AM / PM

NAME OF INVESTIGATOR:   _T. DeLun_

SIGNATURE OF INVESTIGATOR:   _T._

DONALD W. WYATT DETENTION FACILITY
**DISCIPLINARY REPORT**

1/21/05
5010

Report No. _____

**PART I. REPORT**

| DETAINEE NAME | BOOKING NUMBER | DATE & TIME OF INCIDENT | PLACE OF INCIDENT |
|---|---|---|---|
| Crocker Micheal | 03631-158 | 11 Jan 05 10⁰⁰ | F-4 |

| DETAINEE HOUSING UNIT | DISCIPLINARY OFFENSE(S) CHARGED | OFFENSE CODE(S) |
|---|---|---|
| Segregation | Destroying facility property with value less than $100⁰⁰ | C16 |

SUMMARY OF INCIDENT

On January 11, 2005 at approximately 1°°pm, while conducting a cell search of Detainee Crocker Micheal # 03631-158, I noticed grafitti written on the walls of the cell. The writing states, "Fuck All you corrual rent-a-cops", "I hate All you scumbag bureaucrats, # and "Pig's Die". There were many more little phrases written on the walls also. As Detainee Crocker returned from his recreation, I viewed detainee Crocker writing on the wall right beneath his shelf and towel rack. Shift Supervisor notified.
III End of Report III

| SIGNATURE OF ISSUING EMPLOYEE: | REPORT FILED DATE & TIME: | EMPLOYEE NAME AND TITLE PRINTED |
|---|---|---|
| | 1/11/2005 10⁰⁰pm | J.M.Palmino c/o. |

| REPORT SERVED TO DETAINEE BY: | | DATE SERVED | TIME SERVED |
|---|---|---|---|
| (ST.) Gallo | | 1-12-05 | 9:45 A |

| Detainee placed on Administrative Detention pending Disciplinary Hearing: ☒ Yes ☐ No | Current Housing Assignment: |
|---|---|
| | D. BOARD   F4 |

**PART II. INFORMAL SANCTIONS**

☐ 8 HOURS EXTRA DUTY    ☐ 24 HOUR LOCKDOWN FROM: _____ TO: _____    ☐ 48 HOUR LOCKDOWN FROM: _____ TO: _____

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature | Date | Supervisor Signature: | Date |
|---|---|---|---|
| | | | |

**PART III. DISCIPLINARY HEARING**

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY: | | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE |  |
|---|---|---|---|
| SIGNATURE | DATE & TIME | SIGNATURE | DATE & TIME |
| | | | |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE. | COMMITTEE MEMBER #2 NAME & TITLE. | COMMITTEE MEMBER #3 NAME & TITLE |
|---|---|---|
| Sgt. D Semos | | |

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☐ YES ☒ NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL: SIGNATURE: _____ PRINT 1.18.05

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT. YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS: _____ ON DATE/TIME: _____

STAFF ASSISTANCE REQUESTED: ☐ YES ☐ NO    STAFF NAME & TITLE IF REQUESTED: _____

WITNESS REQUESTED: ☐ YES ☐ NO    WITNESS NAME(S) _____

| DETAINEE'S PLEA: | CHARGE #1: C-16 | ☐ NOT GUILTY ☒ GUILTY ☐ GUILTY WITH EXPLANATION | DETAINEE |
|---|---|---|---|
| | CHARGE #2: | ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY WITH EXPLANATION | SIGNATURE: _____ |
| | CHARGE #3: | ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY: Refuses to Appear

HEARING OFFICER/ COMMITTEE CONCLUSION: based on The Detainee's recent history of poor behavior and the officers statement he is found guilty.

| CHARGE #1: C-16 ☐ NOT GUILTY ☒ GUILTY | CHARGE #2: _____ ☐ NOT GUILTY ☐ GUILTY | CHARGE #3: _____ ☐ NOT GUILTY ☐ GUILTY |
|---|---|---|
| 15 DAYS DISCIPLINARY SEGREGATION | _____ DAYS DISCIPLINARY SEGREGATION | _____ DAYS DISCIPLINARY SEGREGATION |
| 0 DAYS SUSPENDED FOR _____ MONTHS | _____ DAYS SUSPENDED FOR _____ MONTHS | _____ DAYS SUSPENDED FOR _____ MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

| DETAINEE SIGNATURE | DATE & TIME |
|---|---|
| | |

| HEARING OFFICER SIGNATURE | DATE & TIME |
|---|---|
| | 1-18-05   4:40 pm |

SHIFT COMMANDER/ SUPERVISORS NOTES

| DETAINEE'S STATEMENT AND ATTITUDE: |
|---|

*NO STATEMENT*

| SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS: |
|---|

*GUILTY*

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.    1) *C/D*   2) _____   3) _____

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.   1) _____   2) _____   3) _____

DATE AND TIME INVESTIGATION COMPLETED: *1-12-05*   *9:45*   AM/PM

NAME OF INVESTIGATOR: _____

SIGNATURE OF INVESTIGATOR: _____

3/16

DONALD W. WYATT DETENTION FACILITY
**DISCIPLINARY REPORT**

**PART I. REPORT**                                                                   Report No. 5-112

| DETAINEE NAME | | BOOKING NUMBER | DATE & TIME OF INCIDENT: | PLACE OF INCIDENT |
|---|---|---|---|---|
| CROOKER Michael | | 03631-158 | 3/7/05 2wh | |

| DETAINEE HOUSING UNIT | DISCIPLINARY OFFENSE(S) CHARGED | | | OFFENSE CODE(S) |
|---|---|---|---|---|
| F-01 | DAMAGE of PROPERTY over $100.00 | | | BT C-16 |

SUMMARY OF INCIDENT
Upon Completion of an investigation To Damage To The Holding Cell in Receiving and Discharge, This Report is Being Written; On March 7, 2005 Detainee Crooker was Placed in RHD Holding Cell #5. While in the Cell, Detainee Crooker Defaced The Cell useing his Identification Badge Clip and Handcuffs That were applied at a Later applied. Total Cost to Repair is $300.50 plus 377.50

| SIGNATURE OF ISSUING EMPLOYEE: | | REPORT FILED DATE & TIME: | EMPLOYEE NAME AND TITLE PRINTED |
|---|---|---|---|
| | | 3/11/05 13:00 | Robert Kee  1315 |
| REPORT SERVED TO DETAINEE BY: | | DATE SERVED | TIME SERVED |
| D.Alfonso. | | 11 Feb 05 | 2 55 pm |
| Detainee placed on Administrative Detention Pending Disciplinary Hearing: ☐ Yes ☐ No | | Current Housing Assignment: | F-1 |

**PART II. INFORMAL SANCTIONS**

☐ 8 HOURS EXTRA DUTY    ☐ 24 HOUR LOCKDOWN  FROM ___ TO: ___    ☐ 48 HOUR LOCKDOWN  FROM ___ TO: ___
DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature | Date | Supervisor Signature | Date |
|---|---|---|---|
| | | | |

**PART III. DISCIPLINARY HEARING**

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY: | | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE | |
|---|---|---|---|
| SIGNATURE | DATE & TIME | SIGNATURE | DATE & TIME |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE | COMMITTEE MEMBER #2 NAME & TITLE | COMMITTEE MEMBER #3 NAME & TITLE |
|---|---|---|
| CAPT. BOTELHO | | |

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☑YES ☐NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL:    SIGNATURE ___    PRINT ___

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS: M Crook    ON DATE/TIME: 03-22-2005

STAFF ASSISTANCE REQUESTED: ☑YES ☐NO   STAFF NAME & TITLE IF REQUESTED: COUNSELOR O'GARA

WITNESS REQUESTED: ☐YES ☐NO    WITNESS NAME(S) ___

| | CHARGE #1: B-7 | ☐ NOT GUILTY | ☑GUILTY | ☐GUILTY WITH EXPLANATION | DETAINEE |
|---|---|---|---|---|---|
| DETAINEE'S PLEA: | CHARGE #2: ___ | ☐ NOT GUILTY | ☐GUILTY | ☐GUILTY WITH EXPLANATION | SIGNATURE M Crook |
| | CHARGE #3: ___ | ☐ NOT GUILTY | ☐GUILTY | ☐GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:
D/T STATES he is GUILTY.

HEARING OFFICER/ COMMITTEE CONCLUSION:
GUILTY ON OWN ADMISSION / RESTITUTION of $77.40 CHARGE CHANGED TO C-16 Less Than $100.—

| CHARGE #1: BT C-16 ☐ NOT GUILTY ☑ GUILTY | CHARGE #2: ___ ☐ NOT GUILTY ☐ GUILTY | CHARGE #3: ___ ☐ NOT GUILTY ☐ GUILTY |
|---|---|---|
| ___ DAYS DISCIPLINARY SEGREGATION | ___ DAYS DISCIPLINARY SEGREGATION | ___ DAYS DISCIPLINARY SEGREGATION |
| ___ DAYS SUSPENDED FOR ___ MONTHS | ___ DAYS SUSPENDED FOR ___ MONTHS | ___ DAYS SUSPENDED FOR ___ MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

| M Crook | 03/22/2005 | |
|---|---|---|
| DETAINEE SIGNATURE | | DATE & TIME |
| CAPT | 3/22 | 956 a |
| HEARING OFFICER SIGNATURE | | DATE & TIME |

SHIFT COMMANDER/ SUPERVISORS NOTES

DETAINEE'S STATEMENT AND ATTITUDE: Detainee Cooke's attitude was extremely poor. Detainee Cooke states that the shift Commander, Capt Reis, told him that this ticket had been dropped.

SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS:

spoke with Capt Reis and the ticket spoken above was a different ticket on Belsion on wake.

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.    1) B-7    2) _____    3) _____

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.    1) _____    2) _____    3) _____

DATE AND TIME INVESTIGATION COMPLETED:    3-11-05    25⁹pm.    _____    AM (PM)

NAME OF INVESTIGATOR:    Sgt J M Afonso

SIGNATURE OF INVESTIGATOR:    Sgt J M Afonso

3/22

## ...D W. WYATT DETENTION FACILI.
### DISCIPLINARY REPORT

Report No. 5-110

**PART I. REPORT**

| DETAINEE NAME | BOOKING NUMBER | DATE & TIME OF INCIDENT | PLACE OF INCIDENT |
|---|---|---|---|
| Croker, Micheal | 03631-159 | 3.12.05 640pm | F3 Segregation |

| DETAINEE HOUSING UNIT | DISCIPLINARY OFFENSE(S) CHARGED | OFFENSE CODE(S) |
|---|---|---|
| F3 | Damaging Property of $100 or more | B7 |

SUMMARY OF INCIDENT

On March 12, 2005 At Approximately 640pm. I officer Bautista entered segregation to conduct security rounds. I observed the video camera had been knocked over on the floor. The camera sustain damage to its visual componets, causing the camera to become disfunctional. Shift commander was notified. Incident report number is 622.

| SIGNATURE OF ISSUING EMPLOYEE | REPORT FILED DATE & TIME: | EMPLOYEE NAME AND TITLE PRINTED |
|---|---|---|
| R Bautista | 8pm 3.12.05 | C/O Bautista |

| REPORT SERVED TO DETAINEE BY: | | DATE SERVED | TIME SERVED |
|---|---|---|---|
| | | 3/13/05 | 10.20A |

Detainee placed on Administrative Detention pending Disciplinary Hearing: ☐ Yes ☑No    Current Housing Assignment: F3

D Board

**PART II. INFORMAL SANCTIONS**

☐ 8 HOURS EXTRA DUTY    ☐ 24 HOUR LOCKDOWN FROM:____ TO:____    ☐ 48 HOUR LOCKDOWN FROM____ TO:____

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature: | Date: | Supervisor Signature: | Date: |
|---|---|---|---|
| | | | |

**PART III. DISCIPLINARY HEARING**

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY | | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE | |
|---|---|---|---|
| SIGNATURE | DATE & TIME | SIGNATURE | DATE & TIME |
| | | | |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE: | COMMITTEE MEMBER #2 NAME & TITLE: | COMMITTEE MEMBER #3 NAME & TITLE: |
|---|---|---|
| Capt. Botelho | | |

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☑YES ☐NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

| STAFF MEMBER WITNESSING REFUSAL: | SIGNATURE: | PRINT: |
|---|---|---|

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS: M A Crocker    ON DATE/TIME: 03/22/2005

STAFF ASSISTANCE REQUESTED: ☑YES ☐NO    STAFF NAME & TITLE IF REQUESTED: Counselor O'Gara

WITNESS REQUESTED: ☐YES ☑NO    WITNESS NAME(S):

| DETAINEE'S PLEA: | CHARGE #1: B-7 ☑NOT GUILTY ☐GUILTY ☐GUILTY WITH EXPLANATION | DETAINEE SIGNATURE: M. A. Crocker |
|---|---|---|
| | CHARGE #2:____ ☐NOT GUILTY ☐GUILTY ☐GUILTY WITH EXPLANATION | |
| | CHARGE #3:____ ☐NOT GUILTY ☐GUILTY ☐GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:

DT STATES HE IS NOT GUILTY / DESCRIPTION OF TICKET DOES NOT STATE WHO KNOCKED OVER CAMERA / DOES NOT EVEN SAY WHO DID IT.

HEARING OFFICER/ COMMITTEE CONCLUSION:

GUILTY CHARGE FOUND    RESTITUTION OF $125.

| CHARGE #1: B-7 ☐NOT GUILTY ☑GUILTY | CHARGE #2:____ ☐NOT GUILTY ☐GUILTY | CHARGE #3:____ ☐NOT GUILTY ☐GUILTY |
|---|---|---|
| ____DAYS DISCIPLINARY SEGREGATION | ____DAYS DISCIPLINARY SEGREGATION | ____DAYS DISCIPLINARY SEGREGATION |
| ____DAYS SUSPENDED FOR ____MONTHS | ____DAYS SUSPENDED FOR ____MONTHS | ____DAYS SUSPENDED FOR ____MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

X M A Crocker                                03/22/2005
DETAINEE SIGNATURE                           DATE & TIME
                                             8/22  3:00 PM

SHIFT COMMANDER/ SUPERVISORS NOTES

DETAINEE'S STATEMENT AND ATTITUDE:

O'GARA IS MY STAFF REP
DO NOT TOUCH MY MAIL ANYMORE -
MY CONSENT IS WITHDRAWN FOR WYATT
TO NEGOTIATE MONETARY INSTRUMENTS ON
MY BEHALF

SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS:

GUILTY

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.     1) _137_  2) _____   3) _____

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.     1) _____ 2) _____   3) _____

DATE AND TIME INVESTIGATION COMPLETED: ___3/13/05___          ___10:20___ (AM/PM)

NAME OF INVESTIGATOR: _____

SIGNATURE OF INVESTIGATOR: _____

3/23

. N J W. WYATT DETENTION FACILI
### DISCIPLINARY REPORT

PART I. REPORT

Report No. 5-118

| DETAINEE NAME | BOOKING NUMBER: | DATE & TIME OF INCIDENT: | PLACE OF INCIDENT |
|---|---|---|---|
| Crooker Micheal | 03631-158 | 3-14-05 4:20pm | F-3 |

| DETAINEE HOUSING UNIT | DISCIPLINARY OFFENSE(S) CHARGED: | OFFENSE CODE(S) |
|---|---|---|
| SEG | Failure to follow sanitation regulations, Destroying Property | C-9 C-16 |

SUMMARY OF INCIDENT:

On 14 Mar 05 at approx 4:20 pm I Officer, Allard noticed that, Detainee Crooker, M. had stripped the Paint off the window bar in F-3. Detainee Crooker also destroyed his mattress which is now in pieces in his cell. I Officer Allard then noticed that Detainee Crooker had urinated on the floor due to the statement that his water is not turned on. — /// End of Report ///—

| SIGNATURE OF ISSUING EMPLOYEE | REPORT FILED DATE & TIME: | EMPLOYEE NAME AND TITLE PRINTED |
|---|---|---|
|  | 3-14-05 4:20 pm | J. Allard c/o |

| REPORT SERVED TO DETAINEE BY: | DATE & TIME SERVED |
|---|---|
| Capt. R. Farrimond /Carl Star | 3-14-05 / 2145 |

Detainee placed on Administrative Detention pending Disciplinary Hearing:  ☐ Yes  ☑ No

Current Housing Assignment: F-3

PART II. INFORMAL SANCTIONS

☐ 8 HOURS EXTRA DUTY   ☐ 24 HOUR LOCKDOWN FROM___ TO:___   ☐ 48 HOUR LOCKDOWN FROM___ TO:___

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature: | Date: | Supervisor Signature: | Date: |
|---|---|---|---|
|  |  |  |  |

PART III. DISCIPLINARY HEARING

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY: | | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE | |
|---|---|---|---|
| SIGNATURE: | DATE & TIME | SIGNATURE: | DATE & TIME |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE: | COMMITTEE MEMBER #2 NAME & TITLE: | COMMITTEE MEMBER #3 NAME & TITLE: |
|---|---|---|
| CAPT. BOTELHO | | |

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☑ YES ☐ NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL:   SIGNATURE:          PRINT:

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS: M A Crook   ON DATE/TIME: 03-22-2005

STAFF ASSISTANCE REQUESTED: ☑ YES ☐ NO   STAFF NAME & TITLE IF REQUESTED: Counselor O'Bara

WITNESS REQUESTED: ☐ YES ☑ NO   WITNESS NAME(S)

| DETAINEE'S PLEA: | CHARGE #1: C-9 | ☐ NOT GUILTY | ☑ GUILTY | ☐ GUILTY WITH EXPLANATION | DETAINEE |
|---|---|---|---|---|---|
| | CHARGE #2: C-16 | ☐ NOT GUILTY | ☑ GUILTY | ☐ GUILTY WITH EXPLANATION | SIGNATURE: |
| | CHARGE #3: | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:

D/T STATES HE IS GUILTY OF TEARING MATTRESS

HEARING OFFICER/ COMMITTEE CONCLUSION:

GUILTY IN MN ADMISSN / RESTITUTN OF $39.— FOR MATTRESS

| CHARGE #1: C-9 ☐ NOT GUILTY ☐ GUILTY | CHARGE #2: C-16 ☐ NOT GUILTY ☐ GUILTY | CHARGE #3:___ ☐ NOT GUILTY ☐ GUILTY |
|---|---|---|
| ___ DAYS DISCIPLINARY SEGREGATION | ___ DAYS DISCIPLINARY SEGREGATION | ___ DAYS DISCIPLINARY SEGREGATION |
| 10 DAYS SUSPENDED FOR ___ MONTHS | ___ DAYS SUSPENDED FOR ___ MONTHS | ___ DAYS SUSPENDED FOR ___ MONTHS |

I HAVE BEEN ADVISED OF/THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

| DETAINEE SIGNATURE: | DATE & TIME |
|---|---|
| | 3/22 1018 a |

SHIFT COMMANDER/ SUPERVISORS NOTES

DETAINEE'S STATEMENT AND ATTITUDE:

DET. ADMITED TO TEARING UP FACILITY PROPERTY &
URINATING ON THE FLOOR. DET. ~~will to~~ STATES HE WILL CONTINUE HIS
ACTION'S UNTIL HIS DEMANDS ARE MET.

SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS:

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.     1) C-16    2) C-9    3) _____

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.    1) _____    2) _____    3) _____

DATE AND TIME INVESTIGATION COMPLETED: 7-14-05 / 0725    _____ AM / PM

NAME OF INVESTIGATOR: CAPT. B. FARRMOND

SIGNATURE OF INVESTIGATOR: _[signature]_

## D...ALD W. WYATT DETENTION FACILITY
## DISCIPLINARY REPORT

**PART I. REPORT**

Report No. 5-188

DETAINEE NAME: Crooker, Michael
BOOKING NUMBER: 03631-15B
DATE & TIME OF INCIDENT: 05/03/05 — BEGIN AT 11:00 AM, END AT 6:00 PM
PLACE OF INCIDENT: F1, F5, RD5

DETAINEE HOUSING UNIT: SEG.
DISCIPLINARY OFFENSE(S) CHARGED: TAMPERING WITH A FIRE SAFETY DEVICE / CONDUCT THAT DISRUPTS / DAMAGE TO FACILITY PROPERTY IN EXCESS OF $100.00
OFFENSE CODE(S): A5, B7, C6

SUMMARY OF INCIDENT:
AFTER A COMPLETE REVIEW OF THE INCIDENTS OCCURING ON MAY 3, 2005 AND RETURN OF AMOUNT OF RESTITUTION FEES, THIS DISC. REPORT IS BEING WRITTEN. ON MAY 3, 2005 AT APPROXIMATELY 11:00 AM YOU FLOODED YOUR CELL OF F-5 BY USING YOUR TOILET. AFTER MOVING TO CELL F-1, YOU PROCEEDED TO USE A FACILITY TRAY TO BREAK THE FIRE SPRINKLER CAUSING THE UNIT TO FLOOD. THE TRAY WAS DAMAGED WHILE YOU REPEATEDLY STRUCK YOUR LIGHT WHICH BROKE AS WELL. YOU CONTINUED YOUR DISRUPTIVE BEHAVIOR BY BREAKING 1 SET OF HANDCUFFS, AND 1 SET OF WAIST CHAINS. ONCE MOVED TO RD#5, YOU USED THE WAIST CHAIN TO BREAK A TOTAL OF 4 WINDOWS IN THE CELL. (WINDOW REPAIRS $2873.44, SPRINKLER $460.—, LIGHT $50.—, HANDCUFF $22.99, WAIST CHAINS $42.99, TRAY $14.06) TOTAL $ OF DAMAGE IS $3463.50. END OF REPORT.

SIGNATURE OF ISSUING EMPLOYEE: CAPT.
REPORT FILED DATE & TIME: 5/10/05 1115 AM
EMPLOYEE NAME AND TITLE PRINTED: CAPT. BOTELHO

REPORT SERVED TO DETAINEE BY:
DATE SERVED: 5/10/5
TIME SERVED: 12:40 PM

Detainee placed on Administrative Detention pending Disciplinary Hearing: ☐ Yes ☐ No
Current Housing Assignment:

**PART II. INFORMAL SANCTIONS**

☐ 8 HOURS EXTRA DUTY   ☐ 24 HOUR LOCKDOWN FROM: ___ TO: ___   ☐ 48 HOUR LOCKDOWN FROM ___ TO: ___

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

Detainee Signature: ___ Date: ___ Supervisor Signature: ___ Date: ___

**PART III. DISCIPLINARY HEARING**

DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY:
SIGNATURE: CAPT
DATE & TIME: 5/17 2PM

DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE.
SIGNATURE: ___ DATE & TIME: ___

HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE: SGT. Gallo
COMMITTEE MEMBER #2 NAME & TITLE:
COMMITTEE MEMBER #3 NAME & TITLE:

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☐ YES ☒ NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL:   SIGNATURE: Barletta, P   PRINT: Barletta, P

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS: ___ ON DATE/TIME: ___

STAFF ASSISTANCE REQUESTED: ☐ YES ☐ NO   STAFF NAME & TITLE IF REQUESTED: ___

WITNESS REQUESTED: ☐ YES ☐ NO   WITNESS NAME(S) ___

DETAINEE'S PLEA:
CHARGE #1: ___ ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY WITH EXPLANATION
CHARGE #2: ___ ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY WITH EXPLANATION
CHARGE #3: ___ ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY WITH EXPLANATION
DETAINEE SIGNATURE: ___

SUMMARY OF TESTIMONY:
D/T REFUSED TO APPEAR

HEARING OFFICER/ COMMITTEE CONCLUSION:
VIDEO RECORDING OF ENTIRE DAY SUPPORTS ALL THREE CHARGES & SUPPORT RESTITUTION

CHARGE #1: A5 ☐ NOT GUILTY ☒ GUILTY
20 DAYS DISCIPLINARY SEGREGATION
10 DAYS SUSPENDED FOR 6 MONTHS

CHARGE #2: B7 ☐ NOT GUILTY ☒ GUILTY
___ DAYS DISCIPLINARY SEGREGATION
RESTITUTION $3463
___ DAYS SUSPENDED FOR ___ MONTHS

CHARGE #3: C6 ☐ NOT GUILTY ☒ GUILTY
10 DAYS DISCIPLINARY SEGREGATION
5 DAYS SUSPENDED FOR 6 MONTHS

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

DETAINEE SIGNATURE: SGT. J Gallo
DATE/TIME: 5/18/05 8PM

SHIFT COMMANDER/ SUPERVISORS NOTES

DETAINEE'S STATEMENT AND ATTITUDE:

*Poor Attitude - Refused Comments*

SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS:

*DID Commit Based on Evidence*

## IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.     1) *A5*     2) *B7*     3) *C6*

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.     1) _____     2) _____     3) _____

DATE AND TIME INVESTIGATION COMPLETED:     *5/10/05*          *1240*     AM / PM

NAME OF INVESTIGATOR:

SIGNATURE OF INVESTIGATOR:

05-1210

# ~ALD W. WYATT DETENTION FACILITY
## DISCIPLINARY REPORT

**PART I. REPORT** 

Report No. 05-215
05-1210

| DETAINEE NAME: | BOOKING NUMBER: | DATE & TIME OF INCIDENT: | PLACE OF INCIDENT: |
|---|---|---|---|
| Michael Crooker | 03631-158 | 8:40am / 5-19-05 | D/E Rec. Yard |

| HOUSING UNIT: | DISCIPLINARY OFFENSE(S) CHARGED: | OFFENSE CODE(S): |
|---|---|---|
| F-01 | Destroying property under $100 / Tampering with a security device | C-16 / A-10 |

SUMMARY OF INCIDENT:

*At approximately 8:40am on 5-19-05, I, Officer Cordeiro, was posted as a security escort officer. At this time, I was asked, by the*
*Control Center, to respond to the D/E rec. yard for a report of a Segregation detainee, Michael Crooker (#03631-158), attempting*
*to destroy his handcuffs Detainee Crooker, who was placed on "Special Restraints", was walking around the yard and concealing his*
*handcuffs (that was on the front of his body) upon my arrival on scene. With the assistance of two sergeants and another escort officer,*
*we ensured the detainee was still secured, and then entered the rec. yard to physically inspect the handcuffs. Detainee Crooker was ordered to turn*
*around and face the wall while we approached him. The detainee complied. When I approached him, I noticed that the two*
*handcuffs that were used to secure the detainee's hands were both damaged. The area where the double bars are located ha d*
*been manipulated/ pried open. The cuffs were both still secured. I assisted and escorted the detainee back to Segregation where he was secured in his cell*
*and all restraints were removed without any further incident. The detainee was stripped out with no recovery of any contraband.*

| SIGNATURE OF ISSUING EMPLOYEE: | REPORT FILED DATE & TIME: | EMPLOYEE NAME AND TITLE PRINTED: |
|---|---|---|
| *Cordeiro* | 5-19-05 / 12pm | **Officer Cordeiro** |

| REPORT SERVED TO DETAINEE BY: | DATE SERVED: | TIME SERVED: |
|---|---|---|
| | 5-19-05 | 3150 |

| Detainee placed on Administrative Detention pending Disciplinary Hearing: | ☐ Yes | ☒ No | Current Housing Assignment: |
|---|---|---|---|

**PART II. INFORMAL SANCTIONS**

| ☐ 8 HOURS EXTRA DUTY | ☐ 24 HOUR LOCKDOWN FROM:____ TO:____ | ☐ 48 HOUR LOCKDOWN FROM:____ TO:____ |
|---|---|---|

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES
THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature: | Date: | Supervisor Signature: | Date: |
|---|---|---|---|

**PART III. DISCIPLINARY HEARING**

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY: | | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE: | |
|---|---|---|---|
| SIGNATURE: | DATE & TIME | SIGNATURE: | DATE & TIME |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE: | COMMITTEE MEMBER #2 NAME & TITLE: | COMMITTEE MEMBER #3 NAME & TITLE: |
|---|---|---|

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☐YES ☐NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL:      SIGNATURE:                              PRINT:

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE
INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO
INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS:_____ ON DATE/TIME:_____

STAFF ASSISTANCE REQUESTED: ☐ YES ☐ NO  STAFF NAME & TITLE IF REQUESTED: _____

WITNESS REQUESTED: ☐ YES ☐ NO  WITNESS NAME(S): _____

| | | ☐ NOT GUILTY | ☐GUILTY | ☐GUILTY WITH EXPLANATION | |
|---|---|---|---|---|---|
| DETAINEE'S PLEA: | CHARGE #1:____ | ☐ NOT GUILTY | ☐GUILTY | ☐GUILTY WITH EXPLANATION | DETAINEE SIGNATURE:_____ |
| | CHARGE #2:____ | ☐ NOT GUILTY | ☐GUILTY | ☐GUILTY WITH EXPLANATION | |
| | CHARGE #3:____ | ☐ NOT GUILTY | ☐GUILTY | ☐GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:

HEARING OFFICER/ COMMITTEE CONCLUSION:

| CHARGE #1:____ ☐ NOT GUILTY ☐GUILTY | CHARGE #2:____ ☐ NOT GUILTY ☐GUILTY | CHARGE #3:____ ☐ NOT GUILTY ☐GUILTY |
|---|---|---|
| ____ DAYS DISCIPLINARY SEGREGATION | ____ DAYS DISCIPLINARY SEGREGATION | ____ DAYS DISCIPLINARY SEGREGATION |
| ____ DAYS SUSPENDED FOR ____ MONTHS | ____ DAYS SUSPENDED FOR ____ MONTHS | ____ DAYS SUSPENDED FOR ____ MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

| DETAINEE SIGNATURE | DATE & TIME |
|---|---|

| HEARING OFFICER SIGNATURE | DATE & TIME |
|---|---|

*Dropped the facility  5/23*

SUPERVISORS NOTES

DETAINEE'S STATEMENT AND ATTITUDE:

Fuck You Reas Give me my fones.

SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS:

Dis Comms offens

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.    1) _A10_  2) _C16_  3) _____

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.    1) _____  2) _____  3) _____

DATE AND TIME INVESTIGATION COMPLETED: _5-19-05_ _____ _1:00_ AM/PM

NAME OF INVESTIGATOR: _R Reas_

SIGNATURE OF INVESTIGATOR: _____

Dsc 5/30

*1L*
*US-1211*

### L. ...ALD W. WYATT DETENTION FACILI.
## DISCIPLINARY REPORT

**PART I. REPORT**

Report No. 5-216

| DETAINEE NAME: | BOOKING NUMBER: | DATE & TIME OF INCIDENT: | PLACE OF INCIDENT: |
|---|---|---|---|
| CROOKER MICHAEL | 03631-158 | 5/19/05 0945 | SEG. |

| DETAINEE HOUSING UNIT: | DISCIPLINARY OFFENSE(S) CHARGED | OFFENSE CODE(S) |
|---|---|---|
| F-1 | DESTRUCTION OF PROPERTY OVER $100, REFUSING AN ORDER | B7 C8 |

SUMMARY OF INCIDENT:

WHILE IN THE LOWER SHOWER STALL OF SEGREGATION, THE DETAINEE OBTAINED A SQUEEGE. HE THEN PROCEEDED TO ATTEMPT TO POP THE SPRINKLER BY POKING AT THE SPRINKLER HEAD WITH THE SQUEEGE. HE REFUSED AN ORDER TO STOP. THE SQUEEGE WAS RETRIEVED AFTER IT BROKE INTO 2 PIECES. THE DAMAGE CONSISTED OF A DAMAGED SPRINKLER HEAD AND A HOLE IN THE CEILING.

| SIGNATURE OF ISSUING EMPLOYEE: | REPORT FILED DATE & TIME: | EMPLOYEE NAME AND TITLE PRINTED: |
|---|---|---|
| | 5/19/05 11:00A | SGT. J GALLO |

| REPORT SERVED TO DETAINEE BY: | DATE SERVED: | TIME SERVED: |
|---|---|---|
| | 5/19/05 | 3:15 Pm |

Detainee placed on Administrative Detention pending Disciplinary Hearing: ☐ Yes ☒ No    Current Housing Assignment:

---

**PART II. INFORMAL SANCTIONS**

☐ 8 HOURS EXTRA DUTY    ☐ 24 HOUR LOCKDOWN FROM:____ TO:____    ☐ 48 HOUR LOCKDOWN FROM ____ TO:____

DETAINEE CHOOSES TO WAIVE HIS/HER RIGHT TO A DISCIPLINARY HEARING AND ACCEPTS A NON DISCIPLINE INFORMAL SANCTION. DETAINEE ACKNOWLEDGES THAT AN INFORMAL SANCTION DOES NOT BECOME PART OF THEIR PERMANENT RECORD AND THEREFORE IS NOT SUBJECT TO AN APPEAL.

| Detainee Signature: | Date: | Supervisor Signature: | Date: |
|---|---|---|---|
| | | | |

---

**PART III. DISCIPLINARY HEARING**

| DETAINEE HAS BEEN INFORMED IN WRITING THAT THE DISCIPLINARY HEARING WILL BE HELD IN 24 HOURS BY: | | DETAINEE CHOOSES TO WAIVE THE RIGHT TO A 24 HOUR HEARING NOTICE. | |
|---|---|---|---|
| SIGNATURE: | DATE & TIME | SIGNATURE: | DATE & TIME |

| HEARING OFFICER/COMMITTEE MEMBER #1 NAME & TITLE: | COMMITTEE MEMBER #2 NAME & TITLE: | COMMITTEE MEMBER #3 NAME & TITLE: |
|---|---|---|
| | | |

IS THE DETAINEE PRESENT BEFORE THE HEARING COMMITTEE: ☐ YES ☐ NO (IF NOT PRESENT ATTACH WAIVER/REFUSAL TO APPEAR)

STAFF MEMBER WITNESSING REFUSAL: ____ SIGNATURE: ____ PRINT: ____

DETAINEE WAS ADVISED OF HIS/HER RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE FACILITY'S DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

I HAVE BEEN ADVISED OF THE ABOVE RIGHTS:____ ON DATE/TIME:____

STAFF ASSISTANCE REQUESTED: ☐ YES ☐ NO    STAFF NAME & TITLE IF REQUESTED:____

WITNESS REQUESTED: ☐ YES ☐ NO    WITNESS NAME(S):____

| DETAINEE'S PLEA: | CHARGE #1:____ ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY WITH EXPLANATION | DETAINEE |
|---|---|---|
| | CHARGE #2:____ ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY WITH EXPLANATION | SIGNATURE:____ |
| | CHARGE #3:____ ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY WITH EXPLANATION | |

SUMMARY OF TESTIMONY:

HEARING OFFICER/ COMMITTEE CONCLUSION:

| CHARGE #1:____ ☐ NOT GUILTY ☐ GUILTY | CHARGE #2:____ ☐ NOT GUILTY ☐ GUILTY | CHARGE #3:____ ☐ NOT GUILTY ☐ GUILTY |
|---|---|---|
| ____ DAYS DISCIPLINARY SEGREGATION | ____ DAYS DISCIPLINARY SEGREGATION | ____ DAYS DISCIPLINARY SEGREGATION |
| ____ DAYS SUSPENDED FOR ____ MONTHS | ____ DAYS SUSPENDED FOR ____ MONTHS | ____ DAYS SUSPENDED FOR ____ MONTHS |

I HAVE BEEN ADVISED OF THE FINDINGS OF THE DISCIPLINARY HEARING AND THAT I HAVE THE RIGHT TO APPEAL THESE FINDINGS IN WRITING TO THE WARDEN WITHIN A PERIOD OF FIVE DAYS.

____
DETAINEE SIGNATURE    DATE & TIME

SHIFT COMMANDER/ SUPERVISORS NOTES

DETAINEE'S STATEMENT AND ATTITUDE:

*Fuck You Reis give me my show.*

*Pen Brown*

SHIFT COMMANDER/ SUPERVISOR'S COMMENTS AND CONCLUSIONS:

*Dio Commit offense*

IT IS THE BELIEF OF THE SHIFT COMMANDER/ SUPERVISOR THAT YOU:

COMMITTED THE FOLLOWING PROHIBITED ACT.    1) *B7*    2) *C5*    3) _____

DID NOT COMMIT THE FOLLOWING PROHIBITED ACT.    1) _____    2) _____    3) _____

DATE AND TIME INVESTIGATION COMPLETED: *5-19-05*     *1:00*    AM/**PM**

NAME OF INVESTIGATOR: *R. Key*

SIGNATURE OF INVESTIGATOR: _____