UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) NO. 04-30034-MAP | **DOCKETED** |
| ) | |
| MICHAEL CROOKER ) | |

## PROTECTIVE ORDER

The case, United States v. Michael Crooker, is scheduled to begin trial and counsel requests to be protected on May 15, 2006, May 18, 2006, and May 30, 2006.

WHEREFORE, it is ORDERED, that Vincent A. Bongiorni be present to commence the trial above referred to and that he remain present and engaged in the trial above referred to until completion and that he be protected from complying with the Order of any other Court to be otherwise present.

IT IS SO ORDERED.

_____
Honorable Judge   5/12/06