UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )   Criminal No. 04-30034-MAP
)
MICHAEL CROOKER, )
    Defendant. )

## Government's In Camera Submission

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully submits the accompanying three letters written by Mr. Crooker for the Court's in camera review. The government has declined to provide copies of these letters to Mr. Crooker as discovery in the above-captioned case on the grounds that they are not relevant to the issues in the pending case and do not contain any exculpatory information.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by: _____
Kevin O'Regan
Assistant U.S. Attorney

Date: May 19, 2006

## Certificate of Service

May 19, 2006

I certify that I caused the foregoing document, without the accompanying letters, to be served on counsel for the defendant, Vincent Bongiorni, Esq, 95 State Street, Springfield, MA 01103.

_____
Kevin O'Regan
Assistant U.S. Attorney