**VINCENT A. BONGIORNI**
ATTORNEY AT LAW
95 STATE STREET

SPRINGFIELD, MASSACHUSETTS 01103-2000

(413) 732-0222
FAX (413) 746-4971

June 8, 2006

VIA FACSIMILE 785-0204

United States District Court
Official Federal Court Reporter
Attention: Alice Moran
1550 Main Street - Room 536
Springfield, MA 01103

RE:   United States v. Michael Crooker
      NO. 04-30034-MAP

Dear Ms. Moran,

I am specifically requesting to be provided with the transcript(s), on a daily basis, of the proceedings of the above entitled case held before Judge Ponsor.

Very truly,

V. A. B.
Vincent A. Bongiorni

VAB/mla

cc: via CM/ECF