UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO.  04-30034-MAP |
| ) | |
| MICHAEL CROOKER ) | |

**MOTION TO BE PROVIDED WITH TRANSCRIPT(S) OF TRIAL (REQUEST FOR FUNDS FOR TRANSCRIPT(S))**

    Now comes the defendant and respectfully requests this Honorable Court allow funds to be expended for the transcript(s) of the trial to be produced for the defendant.

    The defendant requests a daily copy of the transcript(s) of the trial of all witness testimony taken until the conclusion of trial.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084


CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Suite #310, Springfield, MA. 01103 this 8th day of June 2006.

/s/ Vincent A. Bongiorni