```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
         v.              )    Criminal No. 04-30034-MAP
                         )
MICHAEL CROOKER,         )
         Defendant.      )
```

Government's Motion
for One Day Extension of Time

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to file its supplemental memorandum in opposition to Mr. Crooker's pending motions for one day. The government was unable to file its memorandum by the end of business yesterday and needed the additional time last evening and this morning to finalize its memorandum.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    by:  /s/ Kevin O'Regan
                         Kevin O'Regan
                         Assistant U.S. Attorney

                    Date: June 15, 2006
```

Certificate of Service

June 15, 2006

I certify that I caused the foregoing document to be served on counsel for the defendant, Vincent Bongiorni, Esq, 95 State Street, Springfield, MA 01103.

```
                         /s/ Kevin O'Regan
                         Kevin O'Regan
                         Assistant U.S. Attorney
```