Michael Crooker #33268
CCI MacDougall
1153 East Street South
Suffield, CT  06080
June 16, 2006

Vincent Bongiorni, Attorney
95 State Street, Suite 309
Springfield, MA  01103

With CC to:

Judge Michael Ponsor and
AUSA Kevin O'Regan
U.S. District Court
1550 Main Street
Springfield, MA  01103



04 CR 30034-MAP

Dear Sir:

This is to inform you that I cannot possibly be ready for trial on June 26, 2006 because, among many other things that have not been done, I have been unable to review the 17 CD and DVD evidence discs.

Even if I were today miraculously provided with the necessary equipment and permitted 8 hours unimpeded access, plus 8 hours each day next Monday through Friday, it would still be inadequate because as FBI S.A. Winfield testified with regard to just <u>one</u> of the discs, it would take "several weeks."

This is not all your fault. First and foremost, the fault lies with AUSA O'Regan who deliberately made disclosure in the manner he did (14 months late), knowing that it would be next to impossible for me to have the means and opportunity to review them in a prison.

Second, it is the judge's fault for denying my repeated requests for weekly progress hearings and ignoring my repeated objections that nothing was ever going to get done and no real progress made without holding them.

Third, it is the u.S. Marhal's fault. He knows nothing of the inner workings of prisons and doesn't run them, just contracts with them. He feeds the judge double, triple and quadruple hearsay from prison bureaucrats who themselves are not even on-scene in the area of my imprisonment. And the court does not bother to ask me when I <u>do</u> know the facts.

Fourth, part of this is your fault. You have not been screaming for my release knowing that I commence my <u>third year</u> of pretrial detention next week. You should have been demanding weeks or months ago that I be brought to your office under guard on a daily basis in order to review these discs, since the prison cannot provide the right equipment, and whn our own is up

-2-

and running, the prison authorities obstruct us, and threaten to transfer me if we obtain a court order.

I don't know what the answer is. I <u>am</u> <u>not</u> waiving speedy trial. I have filed four motions to dismiss on that ground, for this case would have long ago been tried on November 7, 2005 had AUSA O'Regan not deliberately caused "Round Two" and "Round Three" piecemeal suppression motions with his staggered discovery disclosures that took 23 months (while I've been detained). But I simply cannot go to trial unprepared, and refuse to do so, until I can review all of the discovery.

Sincerely yours,

/s/

Michael Crooker