| | Message0011 |
|---|---|
| Subject: | Sam Yang 909 |
| From: | "Mike Crooker" <mgmike2424@comcast.net> |
| Date: | Sun, 6 Jun 2004 18:56:56 -0400 |
| To: | "PC Homes" <pchomes@bright.net> |
| | **Message Body** |

Am getting your parcel ready. I removed the rifle's stock. A rubber plug in the center of the butt is easily pried out, and a very large screwdriver is then inserted and a threaded pipe-type thing unscrewed to free the stock. Very simple to re-assemble.

Got the zipper fixed on the gun case. Inside the case you'll find the stock. Also in the pocket of the case you'll find the mod., paperwork, User Manual, extra air probe.

I also disassembled the pump. I only took the base of it off, where you put your feet. Two Allen screws. They're taped to the base.

Leaving the gun charged with air. It takes a lot of effort to pump that in so no sense in wasting it. I have shipped a couple of these type guns the same way and never was there a problem.

So it's all set to go. Your M.O. will probably hit tommorrow and hence the package should go at the same time.

**Main Message Header**

From: "Mike Crooker" <mgmike2424@comcast.net>
To: "PC Homes" <pchomes@bright.net>
Subject: Sam Yang 909
Date: Sun, 6 Jun 2004 18:56:56 -0400
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_0009_01C44BF8.0A284380"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1409
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1409

**Sub Header**

Content-Type: text/plain;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

**Sub Header**

Content-Type: text/html;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

file://D:\FILTERED\FTK%20EMAIL%20REPORT\report\Export\Message0011[362].html   6/16/2006