UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) No. 04CR30034-MAP
)
MICHAEL CROOKER, )
Defendant. )

Government's Witness List

1. Postmaster Maureen Price
2. Postal Inspector Bryon Dailey
3. Postal Inspector Joseph Long
4. ATF Special Agent Larry Ward
5. Former ATF Firearms Examiner Richard Craze
6. Wyatt Detention Center Investigator Ronald Letourneau
7. ATF Special Agent Peter Murray
8. Former Springfield Police Officer Norman Shink
9. Springfield Police Officer Sean Condon
10. FBI Special Agent Cliff Hedges
11. Real Estate Property Manager Mark Nicolai
12. FBI Special Agent Brian Warren
13. FBI Special Agent Robert C. Lewis
14. Former ATF Special Agent John Fretts
15. FBI Computer Analyst Bruce Kindly
16. FBI Computer Analyst Ken Hart
17. Former FBI Special Agent Steve Swanson
18. FBI Special Agent Richard T. Winfield
19. ATF Enforcement Officer Roy House
20. ATF Special Agent Patrick Burns
21. Lee Police Chief Ronald Glidden
22. John Larder

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Kevin O'Regan
Assistant U.S. Attorney

Date: June 28, 2006

Certificate of Service

June 28, 2006

I certify that I caused the foregoing document to be served on counsel for Michael Crooker, Vincent Bongiorni, Esq.

_____
Kevin O'Regan
Assistant U.S. Attorney