## DEFENSE WITNESS LIST

1.    Mike Paulus, 1145 Shimp Drive, Celina, OH 45822

2.    Martin McNaughton (cell 314-780-0955) formerly owned Silver Streak Sports Mfg. Co.,
      1953 Uceyle Ave., St. Louis , MO.63114 (sssports@networkusa.net)

3.    Roy Katsen, South Carolina

4.    P.O. Rhett Bannish, Southwick PD

5.    P.O. Stephen Ricardi, Southwick PD

6.    Carl M. Majeski, 122 Morgan Dr., Haverhill, MA 01832, (978-372-9224)


THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040


CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant
United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Springfield, MA. 01103 this
day of June 2006.

/s/ Vincent A. Bongiorni