AO156 (Rev. 5/85) Verdict

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

MICHAEL CROOKER

**VERDICT**

Case Number:    04-30034-MAP

**WE, THE JURY, FIND:**

THE DEFENDANT (GUILTY) ~~NOT GUILTY~~ OF CAUSING A FIREARM TO TRAVEL IN INTERSTATE COMMERCE AFTER HAVING PREVIOUSLY BEEN CONVICTED OF A CRIME PUNISHABLE BY A TERM OF IMPRISONMENT EXCEEDING ONE YEAR

_____
FOREPERSON'S SIGNATURE

7/11/06
DATE