UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR-04-30034-MAP |
| ) | |
| MICHAEL ALAN CROOKER ) | |

DEFENDANT'S PRO SE MOTION TO APPOINT NEW COUNSEL
FOR SENTENCING AND APPEAL

After consultation with current counsel, it has been agreed that there needs to be a new appointment of counsel to represent the defendant at the sentencing and on appeal.

Defendant wishes that the court inquire of Wendy Sibbison or Linda Thompson, if that is possible.

Respectfully submitted,

/s/ Michael Alan Crooker
Michael Alan Crooker, pro se
CCI MacDougall
1153 East Street South
Suffield, CT  06080

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main St., Springfield, MA 01103 and Vincent Bongiorni, Attorney, 95 State St., #309, Springfield, MA 01103.

Dated:  October 31, 2006          s/ Michael Alan Crooker