```
              UNITED STATES DISTRICT COURT              FILED
              DISTRICT OF MASSACHUSETTS            IN CLERK'S OFFICE


UNITED STATES OF AMERICA     )
                             )
                             )
v.                           )        CR-04-30034-MAP
                             )
                             )
MICHAEL ALAN CROOKER         )
```

### DEFENDANT'S PRO SE MOTION THAT THE COURT TRANSMIT CERTAIN DOCUMENTS TO NEW APPOINTED COUNSEL

Defendant requests that the court transmit to new appointed counsel, or new proposed counsel, (1) the most recently revised version of the Presentence Report and (2) the Pro Se Notice of Appeal, Request for Appointment of New Appellate Counsel, and Request for Leave to Proceed on Appeal In Forma Pauperis (including the grounds upon which defendant wishes to appeal).

This is necessary so that new appointed counsel will have some idea of what the case is about.

Also, defendant wants to be certain that his appellate issues are in the hands of a qualified attorney and it is on record what exactly that he wishes to appeal on.

Defendant is concerned that he might wind up in New Mexico or some other remote realm of the Federal Gulag, held incommunicado. It has happened to him previously where he was disallowed any attorney contact by writing or telephone, in retaliation for his legal activism.

-2-

                              Respectfully submitted,

                              Michael Alan Crooker, pro se
                              CCI MacDougall
                              1153 East Street South
                              Suffield, CT   06080

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main Street, Springfield, MA 01103 and Vincent Bongiorni, Attorney, 95 State Street, Suite 309, Springfield, MA   01103.

Dated:   October 31, 2006                s/ Michael Alan Crooker