UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) CR-04-30034-MAP
)
)
MICHAEL ALAN CROOKER )

FILED
IN CLERK'S OFFICE

U.S. DISTRICT COURT

DEFENDANT'S RENEWED PRO SE MOTION FOR CONTEMPT
RELATING TO THE STOLEN CHECKS
AT WYATT DETENTION FACILITY

Previously the court granted an uncontested motion to require the defendant's custodian, the U.S. Marshals Service, to retrieve from and return to the defendant $435 in commissary account funds that the private contractor, Wyatt Detention Facility, d/b/a Cornell Corrections, Inc., stole from him after seizing, forging, and cashing his Federal Income Tax Return check.

Because of the many other then-pending motions in the case, this one did not get dealt with. The court promised to deal with it in due course.

Again, defendant requests that the U.S. Marshals be instructed to inform the defiant and corrupt Wyatt "officials" that their continued refusal to return the funds will result in the discontinuance of their services for Western Massachusetts detainees, and hence, loss of revenue. Since they receive approximately $140.00 per day per detainee, the threat of interrupting this lucrative stream of income might coerce

-2-

compliance.

The argument that the U.S. Marshals Service have no authority over them is absurd; it was later argued that the U.S. Marshals Service is "in privity" with Wyatt for purposes of Title III.

Respectfully submitted,

*/Michael Alan Crooker/*
Michael Alan Crooker, pro se
CCI MacDougall
1153 East Street South
Suffield, CT  06080

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to Kevin O'Regan, AUSA, U.S. Attorneys, 1550 Main Street, Springfield, MA  01103 and Vincent Bongiorni, Attorney, 95 State Street, Suite 309, Springfield, MA  01103.

Dated:  October 31, 2006           s/ *Michael Alan Crooker*