UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-30034-MAP |
| | ) |
| MICHAEL ALAN CROOKER | ) |

MEMORANDUM AND ORDER
REGARDING DEFENDANT'S LETTER TO COURT
(Dkt. No. 173)

November 2, 2006

PONSOR, D.J.

    Defendant has again made a submission directly to the court. Ideally, his letter would have been returned to Defendant without its ever reaching the court's eyes. However, following general practice, our clerk's staff has properly docketed the letter as Docket No. 173.

    Counsel and Defendant should know that this court will disregard the contents of Docket No. 173. Submissions coming from various sources risk confusion that may work to Defendant's detriment. The unwieldiness of this practice is particularly disturbing when Defendant, *pro se*, makes representations (as Defendant has done in this letter at paragraph 2) as to what his attorney has told him. This is confusion worse compounded.

In sum, and at the risk of repetition, the court will persevere in its policy of declining to consider anything submitted by Defendant, pro se, and will rely with regard to all issues in this case on the written and oral submissions of Defendant's highly competent, and very patient, attorney.

It is So Ordered.

_/s/ Michael A. Ponsor_
MICHAEL A. PONSOR
United States District Judge