UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | NO.  04-30034-MAP |
| ) | |
| MICHAEL CROOKER ) | |

## MOTION TO WITHDRAW AS COUNSEL

    Now comes counsel for the defendant and respectfully requests this Honorable Court allow him to withdraw as attorney of record for the above named.

    As grounds for this request counsel states there has been a breakdown in the relationship between attorney and client. Counsel states this breakdown is so significant there is no way counsel can continue in his representation to fairly, effectively, and to the best of his ability, represent this individual any longer.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Springfield, MA. 01103 this 3rd day of November 2006.

/s/ Vincent A. Bongiorni