*OFFICE OF THE CLERK*

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT
(617) 748-9057

November 6, 2006

Michael A. Crooker
c/o Vincent A. Bongiorni, Esq.
95 State St.
Suite 309
Springfield, MA  01103

Re: No. 06-2548   US v. Crooker

Dear sir/madam:

   The above case was docketed today pursuant to Rule 12(a) of the Federal Rules of the Appellate Procedure.

   The docket District Court record indicates that you were represented by Vincent Bongiorni Esq. as court-appointed counsel. On appeal, you may choose to have Vincent Bongiorni Esq. continue to represent you, but you have other choices as well. You may choose to represent yourself ("pro se"), or you may retain private counsel. You may also request that new court - appointed counsel represent you on appeal. A selection of counsel on appeal form is enclosed. Please fill out and return this form as soon as possible.

   Until the court receives your form, Vincent Bongiorni Esq. will remain your court-appointed counsel. By copy of this Letter, Vincent Bongiorni Esq. is ordered to send you a copy of it and the selection form, because the court may not have your right address. Therefore you may receive two copies of the selection form, only one of which you need to send to the court.

   Vincent Bongiorni Esq. shall notify the court of your address and confirm that these copies have been sent to you.

Sincerely,

Richard Cushing Donovan, Clerk

By _____
   Case Manager

Enclosures

cc:    Vincent A. Bongiorni, Esq.

Exh. 2