OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
(617) 748-9057

November 6, 2006

**FORM FOR SELECTION OF COUNSEL ON APPEAL**

No. 06-2548   US v. Crooker

On appeal I wish to be represented in the following manner:

_____   I wish to represent myself and proceed as pro se.

_____   I request that Vincent Bongiorni Esq., who represented me in the District Court be appointed to represent me.

__X__   I request that the Court appoint (new counsel) to represent me.

_____   I have retained Attorney _____ to represent me.

Date: November 10, 2006

Print Name: Michael Crooker

Reg. No: #33268

Address: CCI-MacDougall

City, State, Zip: 1153 East St South, Suffield, CT 06080

Signature: Michael Crooker

Return to:

Clerk's Office
United States Court of Appeals for the First Circuit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Pursuant to Fed. R. App. P. 25, defendant must also serve a copy of this form on his/her current counsel and government's counsel.

**Failure to timely return this form to the Clerk's office may delay prosecution of your appeal.**

Exh. 3