UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 DEC -5 A 11: 58
U.S. DISTRICT C...
DISTRICT OF MASS

| UNITED STATES OF AMERICA | ) |
| :--- | :--- |
| vs. | ) NO. 04-30034-MAP |
| MICHAEL CROOKER | ) |

**MOTION TO CONTINUE SENTENCING HEARING**

Now comes the defendant, in the above entitled matter, and respectfully requests this Honorable Court for a continuance of the Sentencing Hearing presently scheduled for December 14, 2006, and asserts as his basis, therefore, the following;

Counsel for the defendant has filed an Ex-parte Motion requesting a mental health examination of the defendant which won't be completed until January 29, 2007.

WHEREFORE, counsel for the defendant requests a continuance to another date that is convenient to all parties.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Springfield, MA. 01103 this 5 day of December 2006.

/s/ Vincent A. Bongiorni