UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30034-MAP |
| ) | |
| MICHAEL A. CROOKER, ) | |
| Defendant. ) | |

GOVERNMENT'S STATUS REPORT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this status report as required by the Court's November 30, 2006, memorandum and order relating to the defendant's dispute with the Wyatt Detention Facility.

The government has transmitted the Court's memorandum and order to both the United States Marshal's Service and the warden at Wyatt, Wayne Salisbury. Warden Salisbury is still considering whether to agree to the Court's suggestion that an informal resolution of the dispute could be achieved by Wyatt returning some or all of the defendant's funds. New counsel for the defendant was appointed by the Court two days ago. The government will contact the defendant's new counsel and discuss the Court's suggestion.

The government recommends that it submit a further status report on the efforts to resolve the matter informally in three weeks, on January 11, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney
By:
/s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney

Dated: December 21, 2006

Certificate of Service

December 21, 2006

    I certify that I have caused the foregoing document to be served electronically via ECF on counsel for the defendant, Timothy G. Watkins, Federal Defender's Office, District of Massachusetts, 408 Atlantic Ave., Third Floor, Suite 328, Boston, MA 02210.

                                         /s/ Kevin O'Regan
                                         Kevin O'Regan
                                         Assistant U.S. Attorney