```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 04-30034-MAP
                            )
MICHAEL A. CROOKER,         )
        Defendant.          )
```

Government's Status Report

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this status report relating to the defendant's dispute with the Wyatt Detention Facility ("Wyatt").

The government has been informed by counsel for Wyatt that he will be mailing a letter to Mr. Crooker proposing to resolve the claims that Wyatt has against Mr. Crooker and the claims that Mr. Crooker has against Wyatt. This proposal will include returning to Mr. Crooker the money that was on deposit in his account at Wyatt.

The government recommends that it submit a further status report confirming that the settlement proposal has been sent to Mr. Crooker in three weeks, on February 2, 2007.

```
                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

          By:
                    /s/ Kevin O'Regan
                    Kevin O'Regan
                    Assistant U.S. Attorney

          Dated: January 12, 2007
```

<u>Certificate of Service</u>

January 12, 2007

    I certify that I have caused the foregoing document to be served electronically via ECF on counsel for the defendant, Timothy G. Watkins, Federal Defender's Office, District of Massachusetts, 408 Atlantic Ave., Third Floor, Suite 328, Boston, MA 02210.

                                            /s/ Kevin O'Regan
                                            Kevin O'Regan
                                            Assistant U.S. Attorney