```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-30034-MAP
                              )
MICHAEL A. CROOKER,           )
        Defendant.            )
```

<u>Government's Status Report</u>

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this status report relating to the defendant's dispute with the Wyatt Detention Facility ("Wyatt").

The government has been informed by counsel for Wyatt that he has obtained a calculation of the damages Mr. Crooker caused at Wyatt. Today, counsel for Wyatt mailed a letter to Mr. Crooker proposing to resolve the claims that Wyatt has against Mr. Crooker relating to those damages and the claims that Mr. Crooker has against Wyatt. This proposal includes returning to Mr. Crooker the money that was on deposit in his account at Wyatt.

The government recommends that it submit a further status report as to any response Wyatt receives from Mr. Crooker in thirty days, on March 6, 2007.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:
                              /s/ Kevin O'Regan
                              Kevin O'Regan
                              Assistant U.S. Attorney

              Dated: February 2, 2007
```

<u>Certificate of Service</u>

February 2, 2007

    I certify that I have caused the foregoing document to be served electronically via ECF on counsel for the defendant, Timothy G. Watkins, Federal Defender's Office, District of Massachusetts, 408 Atlantic Ave., Third Floor, Suite 328, Boston, MA 02210.

                                          <u>/s/ Kevin O'Regan</u>
                                          Kevin O'Regan
                                          Assistant U.S. Attorney