```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
       v.                     )   CRIMINAL NO. 04-30034-MAP
                              )
MICHAEL A. CROOKER,           )
       Defendant.             )
```

Government's Status Report

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this status report relating to the defendant's dispute with the Wyatt Detention Facility ("Wyatt").

The government has been informed by counsel for Wyatt that Wyatt and Mr. Crooker have agreed in principle to the terms of a settlement of the dispute between them. Counsel for Wyatt has forwarded settlement documents and releases to Mr. Crooker and is waiting for their return.

The government recommends that no further status report be required from the government relating to the civil dispute between Mr. Crooker and Wyatt. In the event that the settlement is not finalized and Mr. Crooker wishes to seek assistance from the Court, he will be able to file such a request.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:
                         /s/ Kevin O'Regan
                         Kevin O'Regan
                         Assistant U.S. Attorney

                    Dated:  March 19, 2007
```

<u>Certificate of Service</u>

March 19, 2007

    I certify that I have caused the foregoing document to be served electronically via ECF on counsel for the defendant, Timothy G. Watkins, Federal Defender's Office, District of Massachusetts, 408 Atlantic Ave., Third Floor, Suite 328, Boston, MA 02210.

                                    /s/ Kevin O'Regan
                                    Kevin O'Regan
                                    Assistant U.S. Attorney