UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30034-MAP |
| ) | |
| MICHAEL ALAN CROOKER ) | |

DEFENDANT'S ASSENTED-TO MOTION
FOR LEAVE TO FILE SENTENCING MEMORANDUM
<u>IN EXCESS OF TWENTY PAGES</u>

Defendant Michael Alan Crooker moves, pursuant to Local Rule 7.1(b)(4), for leave to file a his Sentencing Memorandum in excess of twenty pages. As reasons therefore, defendant states that the memorandum must address myriad factual and legal issues concerning the proper guidelines calculation, potential departures from the guideline sentencing range, and sentencing factors pursuant to 18 U.S.C. § 3553(a). For this reason, defendant requests that he be allowed to exceed the ordinary twenty page limit for memoranda.

MICHAEL ALAN CROOKER
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to United States Probation Officer Richard Rinaldi by electronic mail, on April 16, 2007.

                                      /s/ Timothy G. Watkins
                                      Timothy G. Watkins