# United States Court of Appeals
## For the First Circuit

No. 06-2548

UNITED STATES,

Appellee,

v.

MICHAEL ALAN CROOKER,

Defendant - Appellant.

---

**JUDGMENT**

Entered: April 30, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

**Richard Cushing Donovan, Clerk**

By: _____
Chief Deputy Clerk.

Deputy Clerk

Date: APR 3 0 2007

[cc: Messrs: Watkins, Bongiorni, Auerhahn, O'Regan, Ms. Chaitowitz and Mr. Crooker]