UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30034-MAP |
| | ) | |
| MICHAEL ALAN CROOKER | ) | |

NOTICE OF APPEAL

Defendant, Michael Alan Crooker, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgement announced in open court on June 8, 2007.

MICHAEL ALAN CROOKER
By his attorney,

/s/ Timothy G. Watkins
Timothy G. Watkins
 B.B.O. # 567992
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 8, 2007.

/s/ Timothy G. Watkins
Timothy G. Watkins