```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
                         )
        v.               )    Criminal No. 04-30034-MAP
                         )
                         )
MICHAEL CROOKER,         )
        Defendant.       )
```

Government's Motion to Extend
Time to Respond to PSR Change Requests

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend for three weeks, until January 11, 2008, the government's time to respond to the defendant's post-sentencing requests to modify his Presentence Report. The government was unable to respond to these requests by December 21, 2007, due to other work and responsibilities in the U.S. Attorney's Office. The government will use the additional time to consult with the Probation Office and to determine whether the defendant is legally entitled to relief.

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

        by:  /s/ Kevin O'Regan
              Kevin O'Regan
              Assistant U.S. Attorney

Date: December 31, 2007

<u>Certificate of Service</u>

December 31, 2007

    I certify that I caused the foregoing document to be served via ECF on counsel for the defendant, Timothy G. Watkins, Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02110.

                                <u>/s/ Kevin O'Regan</u>
                                Kevin O'Regan
                                Assistant U.S. Attorney