UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               ) CR NO. 04-30034-MAP
                         )
MICHAEL ALAN CROOKER     )

FURTHER ORDER RE: DEFENDANT'S
REQUEST FOR MODIFICATION OF PRE-SENTENCE REPORT

April 16, 2008

PONSOR, D.J.

Defendant, through direct communications with the probation officer and the court, requested two modifications of his Pre-Sentence Report. On November 30, 2007, the court issued an order regarding these requests, seeking input from the responsible Assistant U.S. Attorney and from Defendant's counsel.

On January 11, 2008, the court received the government's response; no submission has been made by Defendant's counsel.

For the reasons set for forth in the government's response, the court will take no action to modify Defendant's Pre-Sentence Report.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge