```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
          v.              )    Criminal No. 04-30034-MAP
                          )
MICHAEL CROOKER,          )
          Defendant.      )
```

Government's Opposition to Defendant's Motions

The United States of America, by Carmen M. Ortiz, United States Attorney for the District of Massachusetts, submits this memorandum in opposition to the defendant's motions for a certificate of innocence (Docket Nos. 248 and 251) and to interview jurors (Docket No. 250).

First, the defendant is not entitled to file motions except through his counsel, Timothy Watkins, Esq.

Second, the certificate of innocence the defendant seeks pursuant to 28 U.S.C. § 2513(b), only applies in civil cases brought pursuant to 28 U.S.C. § 1495.  This is not such a case. In addition, the Court of Appeals' mandate has not issued.

Third, the defendant has not provided a substantial reason for interviewing the jurors in this case.

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                         by:  /s/ Kevin O'Regan
                              Kevin O'Regan
                              Assistant U.S. Attorney

                         Date: July 22, 2010
```

<u>Certificate of Service</u>

July 22, 2010

    I certify that I caused the foregoing document to be served via ECF on counsel for the defendant, Timothy G. Watkins, Esq.

                                <u>/s/ Kevin O'Regan</u>
                                Kevin O'Regan
                                Assistant U.S. Attorney