UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
                                    )
V.                                  )         CR-04-30034-MAP
                                    )
                                    )
MICHAEL ALAN CROOKER,               )
                                    )
        DEFENDANT                   )

FOURTH PRO SE MOTION FOR A
CERTIFICATE OF INNOCENCE
PURSUANT TO 28 U.S.C. §2513(b)

The mandate has now been issued by the First Circuit U.S. Court of Appeals. Once again, Crooker checked with the Federal Defender Office and confirmed that they do not assist in <u>civil</u> lawsuits therefore AUSA O'Regan's repeated filings to the contrary are without merit and the court should now issue Crooker his Certificate of Innocence.

                                    Respectfully submitted,

                                    /s/ Michael Alan Crooker
                                    Michael Alan Crooker, pro se
                                    Federal Correctional Institution
                                    P.O. Box 1000
                                    Loretto, PA   15940

CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing to Keven O'Regan, AUSA, U.S. Attorneys, 300 State St., Springfield, MA 01103, Timothy Watkins, Attorney, Federal Defender Office, 51 Sleeper St., 5th Floor, Boston, MA  02210, and Vincent Bongiorni, Attorney, 95 State St., Ste. 309, Springfield, MA  01103.

Dated: August 15, 2010          s/ Michael Alan Crooker