UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
                                 )
V.                               )
                                 )    CR-04-30034-MAP
                                 )
MICHAEL ALAN CROOKER,            )
                                 )
          DEFENDANT              )

CROOKER'S PRO SE MOTION FOR A
CERTIFICATE OF THE REQUISITE FACTS
PURSUANT TO 28 U.S.C. §§ 1495, 2513(b)

In the alternative to his four (4) prior requests for a so-called "Certificate of Innocence," Crooker requests that the court issue a "Certificate of Requisite Facts" that certify the following four elements:

(1) Michael Alan Crooker was convicted and imprisoned for Transportation in Interstate Commerce of a Firearm by a Convicted Felon.

(2) Michael Alan Crooker's conviction for Transportation in Interstate Commerce of a Firearm by a Convicted Felon has been reversed on the ground that he is not guilty of such offense. Specifically, the object alleged to be a firearm was in fact not a firearm.

(3) Michael Alan Crooker's acts, deeds, or omissions in connection with the charge of Transportation in Interstate Commerce of a Firearm by a Convicted Felon constituted no offense against the United States or the Commonwealth of Massachusetts where said charge was brought.

-2-

(4) Michael Alan Crooker did not by misconduct or neglect cause or bring about his own prosecution for Transportation in Interstate Commerce of a Firearm by a Convicted Felon.

See United States v. Crooker, 608 F.3d 94 (1st Cir. 2010); Crooker v. United States, 1:10-cv-00546-VJW (U.S. Court of Federal Claims)(Complaint under 28 U.S.C. §§ 1495, 2513).

Respectfully submitted,

Michael Alan Crooker, pro se
Federal Correctional Institution
P.O. Box 1000
Loretto, PA  15940

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed copies of the foregoing to Kevin O'Regan, AUSA, U.S. Attorneys, 300 State St., Springfield, MA 01105, Timothy Watkins, Attorney, Federal Defender Office, 51 Sleeper St., 5th Floor, Boston, MA  02210, and Vincent Bongiorni, Attorney, 95 State St., Ste. 309, Springfield, MA  01103.

Dated:  August 22, 2010                s/ Michael Alan Crooker