UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | 04-CR-30034-MAP |
| ) | |
| **MICHAEL A. CROOKER** ) | |

### ORDER OF RECUSAL

September 9, 2010

**PONSOR, U.S.D.J.**

On June 18, 2010 the Court of Appeals remanded this case to this court, directing entry of a judgment of acquittal. <u>U.S. v. Crooker</u>, 608 F.3d 94 (1st Cir. 2010). The mandate in the case has now issued, and a judgment of acquittal has entered in accordance with the First Circuit's order.

The court hereby recuses itself from any further involvement in any proceedings related to this case. A number of motions, including several motions for issuance of a Certificate of Innocence, have been filed. Once the case has been drawn to a new judge, these motions may be addressed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge